**EXHIBIT A**

5
1
6
8
2
6
.
1
6
0
2

SLS545
(if left blank credit goes to House Acct. #)

Yes / No

_____

(certificate
must be
attached)

BOBSR@ARAPLUMBING.NET

Yes    No

Yes    No

1
2
2

N
o

CORPORATE USE ONLY

ACCOUNT

REC

CREDIT LIMIT:

LETTER SENT:



Plumbiny        CooElug
Pumps & Water Systems

F.W WEBB COMPANY

Pipe, Vaivese FKtings & Fabrication

Controls & Instrumentation

Branch _____    Date _____

## APPLICATION  FOR  CREDIT

Business Name **ARA PLUMBING CORP**        Owner (Officer) Name, Title, Home Phone:

Street Address **2182 JACKSON AVE**        (1) **ROBERT RUGGIERO**

City **SEAFORD**    State **NY** Zip +4 **11783**        (2) **11 LINDSY ST SEZDEN NY 11284**

Phone # **(616) 826-1602**  Fax # (___) _____    Social Security# (1) _____ **9279**

Cell # **(516) 523-3432**            Social Security # (2) _____

Corporation **[X]**  Partnership **[ ]**  Proprietorship **[ ]**    Incorporated: Year **2003**  State **NY**

Date Business Started **1977**    Type of Business **PLUMBING**    Monthly Credit Requested $ **150,000.**

Have you ever purchased from any F.W. Webb location before?  When  **NO**    Branch _____

State Sales Tax:  Non-Exempt ___  Exempt ___  . Please Attach Certificate

F.W. Webb now promotes paperless billing; all invoices will be emailed to you on the day of sale:

E-Mail Add____            E-Mail Address (2) **Judy@araphunbing.net**

Do you require a monthly statement? Yes [X] NO Ifyes, your statement will be emailed after the 25th of each month.

TRADE REFERENCES :

| Name | Acct # | Address | Zip | Fax | Phone |
|---|---|---|---|---|---|
| (1) Blackman Plumbing Suppl, | 020456 | 900 Sylvan Lane, Bayport, NY 11705 | | (631)823-4310 | (631)823-4300 |
| (2) Green Art Plumbing Supply | 831 | 65 South Columbus Ave, Freeport NY 11520 | | (516)223-3669 | (516)223-3660 |
| (3) Industrial Threaded Projects | | 771 Maxnt Ave, Wyandanch NY 11748 | | (631)491-6897 | (631)665-9300 |

BANK REFERENCES:

(1)

| Name | Address | Zip | Phone | Account #, Type | Contact |
|---|---|---|---|---|---|
| Valley NATIONAL Bank | 501 N Broadway | Jericho, NY 11753 | 516-822-4000 | 983 | |

In consideration of F.W. Webb Company extending credit to the above applicant, the undersigned duly authorized owner or officer of the applicant hereby agrees, on behalf of the applicant, to the terms and conditions listed on the reverse side of this credit application and acknowledges receipt of a copy of this application.

12-3-18

**Date**

*Robert Kuggeis*

**Signature of Owner/O  c r**

In consideration of F.W. Webb Company extending credit to the above applicant, the undersigned individual guarantor(s) hereby agree(s) to the terms and conditions listed in Paragraphs 4, 5, 6 and 9 on the reverse side of this credit application and acknowledge(s) receipt of a copy of this application.

12-3-18

*Robert Kuggeis*

**Signature of Guarantor**

**Date**

_____

**Date**

_____
**Signature of Guarantor**

12/05/2018 14:23                                                    P.OOI/OOI

De 05 2018 0221R•1 FWwæ

6317271976                    page 1

F.W. WEBB COMPANY                    CREDIT REFERENCE

1414W MA

RIVERHEAD NY 11901

TELEPHONE (631) 727-1870

FAX(631) 727-1976

BLACKMAN

DATE        1214/2018

FAX         631 823.4310

FROM        PLUMBINO

<u>TERMS OF THE AGREEMENT</u>

PLEASE READ BELOW THE TERMS AND CONDITIONS OF CREDIT.  DO NOT HESITATE TO ASK US ABOUT THEM IF YOU SHOULD HAVE ANY QUESTIONS.

1. A 2% discount may be taken on the current month purchases if the account is paid in full by the 10th of the month following the statement date.  The account is due net by the 25th of the month and considered past due on the 26th.

2. In the event of default of the foregoing paragraph, APPLICANT agrees to pay the maximum legal rate of interest or service charge at the rate of and not exceeding 2% per month (24% annually) on all unpaid and delinquent accounts together with all reasonable attorneys' fees for the collection and enforcement of all delinquent accounts together with all costs thereof.

3. The APPLICANT authorizes F.W. WEBB COMPANY to make an investigative consumer report and credit check for the purposes of F.W. WEBB COMPANY extending the APPLICANT credit and understands that the APPLICANT may, upon reasonable request, within a reasonable period of time, receive additional information about the nature and scope of this investigative report.

4. The Guarantor(s) hereby unconditionally guarantee payment of whatever amount or amounts shall at any time be owing to F.W. WEBB COMPANY on account of goods hereafter delivered whether said indebtedness is in the form of notes, bills or open account.

5. This shall be an open and continuing guarantee and shall continue in force notwithstanding any change in the form of such indebtedness, or renewals or extensions granted by you, without obtaining any consent thereto, and until expressly revoked by registered mail, return receipt requested from the undersigned guarantor(s) to F.W. WEBB COMPANY and any such revocation shall not in any manner affect the guarantor(s) liability as to the indebtedness contracted prior thereto.

6. Notice of indebtedness and/or default in payment are hereby waived.  The incorporation, merger, reorganization or sale of the APPLICANT's business shall not operate as a termination of this guarantee.

7. The APPLICANT agrees that F.W. WEBB COMPANY may, at its sole election bring any action arising under the terms of this contract in any court within the Commonwealth of Massachusetts located in any judicial district F.W. WEBB COMPANY selects. The APPLICANT and F.W. WEBB COMPANY hereby agree that venue will be proper as selected by F. W WEBB COMPANY.

   If the APPLICANT purchases goods from a branch of F.W. WEBB COMPANY located outside of Massachusetts or if goods are delivered to the APPLICANT outside of Massachusetts and a dispute arises, F.W. WEBB COMPANY retains the right, at its sole election, to bring an action in any court located within the Commonwealth of Massachusetts or, in the alternative, any court of appropriate jurisdiction in the state where the goods are supplied or F.W. WEBB COMPANY is located.

   This agreement and rights of the parties hereunder shall be governed by the laws of the state in which any action is commenced.

8. If any provisions of this agreement are found to be void, illegal or otherwise unenforceable, the remainder of this agreement shall not be affected thereby and shall remain fully enforceable.

   This agreement is binding upon the APPLICANT and its administrators, executors and assigns.

9. The guarantee shall be a continuing, absolute and unconditional guarantee and shall be enforceable by F.W. WEBB COMPANY, its successors and assigns.

**EXHIBIT B**

```
F.W. Webb Company                    Remit to: F.W. Webb Company
2 Galasso Place                                160 Middlesex Turnpike
Maspeth, NY 11378                              Bedford, MA 01730


  ARA PLUMBING CORP.                          Customer Nbr
  2182 JACKSON AVENUE                           197572
                                             For Period Ending
  SEAFORD NY 11783                               11/25/24


  Please list invoice number with each payment.    Page:  1
  For inquiries call: 718-395-1954
```

| Date | PO Number | Inv/Order# | Charges | Credits | Balance |
|------|-----------|-----------|---------|---------|---------|
| 02/09/23 | LIRR | 79603352 | 2,527.87 | | 2,527.87 |
| 02/09/23 | RESORTS WORLD | 79603494 | 57.53 | | 57.53 |
| 02/09/23 | ELECTROFUSION RE | 79124190 | 1,107.98 | | 1,107.98 |
| 02/10/23 | 3615 | 79582747 | 555.96 | | 555.96 |
| 02/10/23 | | 79560679 | 1,263.49 | | 1,263.49 |
| 02/10/23 | 3835 | 79566425-3 | 31.00 | | 31.00 |
| 02/10/23 | 3588-06 | 79480557-2 | 1,150.40 | | 1,150.40 |
| 02/10/23 | 3835 | 79627260-2 | 1,541.33 | | 1,541.33 |
| 02/13/23 | 3835 | 79627260-3 | 193.44 | | 193.44 |
| 02/13/23 | NASSAU COUNTY | 79566028 | 65.45 | | 65.45 |
| 02/13/23 | LIRR EXPANSION | 79403730-2 | 18.10 | | 18.10 |
| 02/13/23 | SLOAN KETTEREN | 79578479 | 224.51 | | 224.51 |
| 02/13/23 | JAVITS | 79657310 | 21.67 | | 21.67 |
| 02/13/23 | BRODY | 79646246 | 133.67 | | 133.67 |
| 02/13/23 | 3615 | 79662527 | 9.82 | | 9.82 |
| 02/14/23 | RENTAL CREDIT | 79677300 | -543.13 | | -543.13 |
| 02/14/23 | CUP | 79673976 | 250.36 | | 250.36 |
| 02/14/23 | CUP | 79664294 | 269.99 | | 269.99 |
| 02/14/23 | MINEOLA LIRR | 79664405 | 76.12 | | 76.12 |
| 02/14/23 | 3625-02A | 77808079-7 | 1,087.50 | | 1,087.50 |
| 02/14/23 | 3615 | 79642300 | 857.56 | | 857.56 |
| 02/15/23 | 3615 | 79701180 | 701.56 | | 701.56 |
| 02/16/23 | JAVITZ T HANDLE | 79678486 | 98.55 | | 98.55 |
| 02/16/23 | JAVITS | 79708260 | 202.80 | | 202.80 |

Continued...

F.W. Webb Company
2 Galasso Place
Maspeth, NY 11378

Remit to: F.W. Webb Company
160 Middlesex Turnpike
Bedford, MA 01730

ARA PLUMBING CORP.
2182 JACKSON AVENUE

SEAFORD NY 11783

Customer Nbr
197572
For Period Ending
11/25/24

Please list invoice number with each payment.
For inquiries call: 718-395-1954

Page:  2

| Date | PO Number | Inv/Order# | Charges | Credits | Balance |
|------|-----------|------------|---------|---------|---------|
| 02/16/23 | LIRR | 79683893 | 6.12 | | 6.12 |
| 02/16/23 | NORTHPORT LIRR | 79662787 | 1,609.50 | | 1,609.50 |
| 02/16/23 | | 79699145 | 2,382.02 | | 2,382.02 |
| 02/17/23 | 3615 | 79642300-2 | 175.40 | | 175.40 |
| 02/17/23 | | 79699145-2 | 209.10 | | 209.10 |
| 02/20/23 | 3615 | 79719626 | 3,342.58 | | 3,342.58 |
| 02/21/23 | NHP TRAIN STATIO | 79761406 | 213.49 | 16.95 | 196.54 |
| 02/21/23 | NAVAL | 79762363 | 54.44 | | 54.44 |
| 02/21/23 | | 79437437 | 132.95 | | 132.95 |
| 02/21/23 | 3615 | 79733763 | 2,214.13 | | 2,214.13 |
| 02/21/23 | 3615 HAMMER ARRE | 79721357 | 406.26 | | 406.26 |
| 02/22/23 | 3615 | 79769631 | 373.04 | | 373.04 |
| 02/22/23 | 3585-49 | 79716937 | 554.67 | | 554.67 |
| 02/22/23 | | 79769947 | 2,586.49 | | 2,586.49 |
| 02/23/23 | | 79770676 | 604.01 | | 604.01 |
| 02/23/23 | 3615-15 | 79319439-2 | 10,585.50 | | 10,585.50 |
| 02/23/23 | | 79769947-2 | 132.00 | | 132.00 |
| 02/24/23 | MINEOLA TRAIN ST | 79801291 | 177.70 | 14.11 | 163.59 |
| 02/24/23 | 3688- MINEOLA TR | 79796160 | 177.00 | | 177.00 |
| 02/24/23 | RETURN | 79773407 | -273.75 | | -273.75 |
| 02/24/23 | 3615 | 79733763-2 | 1,059.64 | | 1,059.64 |
| 02/24/23 | 3855A | 79806143 | 1,284.60 | | 1,284.60 |
| 02/24/23 | 3835 | 79806309 | 1,768.24 | | 1,768.24 |
| 02/24/23 | 3615 | 79804807 | 310.20 | | 310.20 |

Continued...

```
F.W. Webb Company          | Remit to: F.W. Webb Company
2 Galasso Place            |  160 Middlesex Turnpike
Maspeth, NY 11378          |  Bedford, MA 01730
```

```
ARA PLUMBING CORP.         |     Customer Nbr
2182 JACKSON AVENUE        |       197572
                           |   For Period Ending
SEAFORD NY 11783           |       11/25/24
```

```
Please list invoice number with each payment.  |   Page:  3
For inquiries call: 718-395-1954
```

| Date | PO Number | Inv/Order# | Charges | Credits | Balance |
|------|-----------|------------|---------|---------|---------|
| 02/27/23 | RETURN | 79586989 | -354.73 | | -354.73 |
| 02/27/23 | RETURN | 79805250 | -198.31 | | -198.31 |
| 02/27/23 | JAVITS | 79838858 | 156.74 | | 156.74 |
| 02/27/23 | 3835 | 79806309-2 | 427.20 | | 427.20 |
| 02/27/23 | 3835 | 79806309-3 | 102.24 | | 102.24 |
| 02/27/23 | MINEOLA TRAIN ST | 79804207 | 2,405.24 | | 2,405.24 |
| 02/27/23 | LIRR | 79837304 | 67.83 | | 67.83 |
| 02/27/23 | 3615-11 | 79828122 | -171.20 | | -171.20 |
| 02/28/23 | 3625-02A | 77808079-6 | 3,953.41 | | 3,953.41 |
| 02/28/23 | 3625-02A | 79846199 | 332.66 | | 332.66 |
| 02/28/23 | 3625-02A | 77808079 | 1,347.12 | | 1,347.12 |
| 03/01/23 | RETURN | 79843691 | -92.96 | | -92.96 |
| 03/01/23 | MINEOLA RR | 79858714 | 1.95 | | 1.95 |
| 03/01/23 | | 79847080 | 200.74 | | 200.74 |
| 03/01/23 | RETUN - 3635 | 79843184 | -263.97 | | -263.97 |
| 03/02/23 | 3615 | 79874324-2 | 2,595.69 | | 2,595.69 |
| 03/02/23 | LIRR | 79887458 | 288.61 | | 288.61 |
| 03/02/23 | | 79828638 | 480.83 | | 480.83 |
| 03/02/23 | 3625-02A | 77808079-9 | 379.23 | | 379.23 |
| 03/02/23 | 3625-02A | 77808079-8 | 697.20 | | 697.20 |
| 03/02/23 | | 79698184 | 2,463.69 | | 2,463.69 |
| 03/03/23 | DOWNSTATE | 79843084 | 214.10 | | 214.10 |
| 03/06/23 | DAS | 79910567 | 411.68 | | 411.68 |
| 03/06/23 | 3585 | 79889854-2 | 135.84 | | 135.84 |

Continued...

F.W. Webb Company
2 Galasso Place
Maspeth, NY 11378

Remit to: F.W. Webb Company
160 Middlesex Turnpike
Bedford, MA 01730

ARA PLUMBING CORP.
2182 JACKSON AVENUE

SEAFORD NY 11783

Customer Nbr
197572
For Period Ending
11/25/24

Please list invoice number with each payment.
For inquiries call: 718-395-1954

Page:  4

| Date | PO Number | Inv/Order# | Charges | Credits | Balance |
|------|-----------|-----------|---------|---------|---------|
| 03/06/23 | 3585 | 79889854 | 2,472.25 | | 2,472.25 |
| 03/06/23 | 3615 | 79907379 | 594.20 | | 594.20 |
| 03/07/23 | JAVITS | 79941645-2 | 21.12 | | 21.12 |
| 03/08/23 | DAS | 79910281 | 300.79 | | 300.79 |
| 03/08/23 | NASSAU COUNTY FA | 79947799 | 130.69 | | 130.69 |
| 03/08/23 | 3615 | 79965452 | 32.70 | | 32.70 |
| 03/09/23 | 3625-02A | 77808079-10 | 738.68 | | 738.68 |
| 03/09/23 | RETURN - MINEOLA | 79910210 | -260.00 | | -260.00 |
| 03/09/23 | LIRR | 79968448 | 450.53 | | 450.53 |
| 03/09/23 | 3688 | 79964735 | 409.15 | | 409.15 |
| 03/10/23 | BRASSCRAFT | 79792900 | 1,056.60 | | 1,056.60 |
| 03/10/23 | NOSC | 79984786 | 250.15 | | 250.15 |
| 03/10/23 | 3615 | 79982452-2 | 744.86 | | 744.86 |
| 03/10/23 | 3615 | 79982452 | 1,572.80 | | 1,572.80 |
| 03/13/23 | LIRR | 79991264 | 153.88 | | 153.88 |
| 03/13/23 | LIRR | 79996318 | 60.13 | | 60.13 |
| 03/13/23 | LIRR | 79996318-2 | 156.36 | | 156.36 |
| 03/13/23 | RAILROAD | 79981475 | 410.50 | 32.59 | 377.91 |
| 03/14/23 | 3615 | 80034816 | 168.73 | | 168.73 |
| 03/14/23 | NOSC | 80020132 | 1,529.23 | | 1,529.23 |
| 03/14/23 | 3615 | 79999803 | 2,369.12 | | 2,369.12 |
| 03/15/23 | NYU MINEOLA | 80037206 | 123.65 | | 123.65 |
| 03/15/23 | LIRR | 80037135 | 196.56 | | 196.56 |
| 03/15/23 | LIRR | 80042060 | 148.34 | | 148.34 |

Continued...

F.W. Webb Company
2 Galasso Place
Maspeth, NY 11378

Remit to: F.W. Webb Company
160 Middlesex Turnpike
Bedford, MA 01730

ARA PLUMBING CORP.
2182 JACKSON AVENUE

SEAFORD NY 11783

Customer Nbr
197572
For Period Ending
11/25/24

Please list invoice number with each payment.
For inquiries call: 718-395-1954

Page: 5

| Date | PO Number | Inv/Order# | Charges | Credits | Balance |
|------|-----------|-----------|---------|---------|---------|
| 03/15/23 | LIRR | 80042060-2 | 96.92 | | 96.92 |
| 03/15/23 | 3615 | 80034028 | 3,827.60 | | 3,827.60 |
| 03/15/23 | | 80038506 | -1,572.80 | | -1,572.80 |
| 03/16/23 | 3585-05 | 72339199 | 49,535.60 | | 49,535.60 |
| 03/16/23 | 3585-05 | 72339198 | 71,900.85 | | 71,900.85 |
| 03/17/23 | MERILLON STATION | 80067580 | 198.45 | | 198.45 |
| 03/17/23 | JAVITS | 80037168 | 140.24 | | 140.24 |
| 03/17/23 | 3615 | 80049917-2 | 730.64 | | 730.64 |
| 03/17/23 | | 80069745 | 1,991.24 | | 1,991.24 |
| 03/20/23 | DAS | 80098918-2 | 47.99 | | 47.99 |
| 03/20/23 | 3585-05 | 72339199-9 | 58.95 | | 58.95 |
| 03/20/23 | 3585-05 | 72339198-8 | 67.50 | | 67.50 |
| 03/20/23 | 3585 | 80084648 | 476.72 | | 476.72 |
| 03/20/23 | RETURN JAVITS | 80083228 | -145.38 | | -145.38 |
| 03/20/23 | DAS | 80096890 | 214.22 | | 214.22 |
| 03/20/23 | JAVITS | 80097412 | 61.02 | | 61.02 |
| 03/20/23 | 8" NO HUB | 80086821-2 | 1,735.57 | | 1,735.57 |
| 03/21/23 | MINEOLA TRAIN ST | 80105005 | 928.01 | 73.69 | 854.32 |
| 03/22/23 | 4X20 S80 PIPE | 80123249 | 1,138.39 | | 1,138.39 |
| 03/22/23 | NASSAU COUNTY CO | 80125549 | 1,255.14 | | 1,255.14 |
| 03/22/23 | MINEOLA TRAIN ST | 80105243 | 602.35 | 47.83 | 554.52 |
| 03/22/23 | 8" NO HUB | 80086821-3 | 274.71 | | 274.71 |
| 03/22/23 | | 80118379 | 1,084.65 | | 1,084.65 |
| 03/23/23 | RETURN | 80140571 | -545.74 | | -545.74 |

Continued...

```
F.W. Webb Company                    Remit to: F.W. Webb Company
2 Galasso Place                                160 Middlesex Turnpike
Maspeth, NY 11378                              Bedford, MA 01730
```

```
ARA PLUMBING CORP.                             Customer Nbr
2182 JACKSON AVENUE                              197572
                                              For Period Ending
SEAFORD NY 11783                                 11/25/24
```

```
Please list invoice number with each payment.    Page:  6
For inquiries call: 718-395-1954
```

| Date | PO Number | Inv/Order# | Charges | Credits | Balance |
|------|-----------|------------|---------|---------|---------|
| 03/23/23 | DAS | 80076468 | 191.68 | | 191.68 |
| 03/23/23 | | 80123704 | 426.66 | | 426.66 |
| 03/24/23 | NORTHPORT | 80155314 | 170.53 | | 170.53 |
| 03/24/23 | | 80155877 | 765.42 | | 765.42 |
| 03/27/23 | NYU LOCKROOM | 80186436 | 1,035.12 | 82.19 | 952.93 |
| 03/27/23 | 3615 | 80171290 | 1,589.80 | | 1,589.80 |
| 03/28/23 | MINEOLA TRAIN ST | 80105005-2 | 46.27 | 3.67 | 42.60 |
| 03/28/23 | | 80192301 | 1,494.77 | | 1,494.77 |
| 03/28/23 | 3615 | 80198966 | 294.10 | | 294.10 |
| 03/29/23 | NOSC | 80208347 | 250.95 | | 250.95 |
| 03/29/23 | RETURN - NORTHPO | 80188245 | -2,621.88 | | -2,621.88 |
| 03/29/23 | JAVITS | 80209093 | 52.92 | | 52.92 |
| 03/29/23 | RETURN | 80208450 | -667.69 | | -667.69 |
| 03/30/23 | QUEENS COLLEGE | 80228026 | 89.60 | | 89.60 |
| 03/31/23 | MNEOLA RAILROAD | 80248141 | 476.11 | | 476.11 |
| 04/03/23 | NASSAU COUNT COU | 80266042-3 | 1,749.12 | | 1,749.12 |
| 04/03/23 | NYU LANGONE | 80243539 | 719.95 | | 719.95 |
| 04/03/23 | | 80266042-4 | 116.46 | | 116.46 |
| 04/04/23 | MINEOLA  RAILROA | 80265978 | 1,467.20 | | 1,467.20 |
| 04/04/23 | MOSC | 80281950 | 189.66 | | 189.66 |
| 04/04/23 | 3615 | 80282229 | 884.06 | | 884.06 |
| 04/05/23 | SMITHTOWN BENCHM | 80304738 | 386.67 | | 386.67 |
| 04/05/23 | NYU LOCKER ROOM | 80304591 | 309.41 | 24.57 | 284.84 |
| 04/06/23 | NOSC | 80335240 | 763.64 | | 763.64 |

Continued...

```
F.W. Webb Company                      Remit to: F.W. Webb Company
2 Galasso Place                                  160 Middlesex Turnpike
Maspeth, NY 11378                                Bedford, MA 01730

ARA PLUMBING CORP.                               Customer Nbr
2182 JACKSON AVENUE                                 197572
                                                 For Period Ending
SEAFORD NY 11783                                    11/25/24

Please list invoice number with each payment.     Page:  7
For inquiries call: 718-395-1954
```

| Date | PO Number | Inv/Order# | Charges | Credits | Balance |
|------|-----------|-----------|---------|---------|---------|
| 04/06/23 | RETURN | 80264205 | -1,817.21 | | -1,817.21 |
| 04/06/23 | LIRR | 80333059 | 160.90 | | 160.90 |
| 04/06/23 | 3835A | 80322141-2 | 1,030.71 | | 1,030.71 |
| 04/06/23 | 3835A | 80322141 | 626.01 | | 626.01 |
| 04/06/23 | 3585-52 | 80308074 | 362.46 | | 362.46 |
| 04/06/23 | | 80266042 | 53.85 | | 53.85 |
| 04/07/23 | NYU LOCKEROOM | 80340665 | 210.83 | 16.74 | 194.09 |
| 04/10/23 | NYU LOCKEROOM | 80364431 | 39.69 | 3.15 | 36.54 |
| 04/10/23 | JAVITS | 80364461 | 88.84 | | 88.84 |
| 04/10/23 | 3606-06 | 78383507 | 8,749.21 | | 8,749.21 |
| 04/11/23 | 3585-52 | 80308074-2 | 134.94 | | 134.94 |
| 04/11/23 | LIRR - RETURN | 80333552 | -4,297.62 | | -4,297.62 |
| 04/18/23 | 3559 | W691240 | 1,135.09 | | 1,135.09 |
| 04/18/23 | 3615 | 80476531 | 112.55 | | 112.55 |
| 04/18/23 | NOSC | 80470777 | 22.84 | | 22.84 |
| 04/18/23 | 3835A | 80460309-2 | 1,927.64 | | 1,927.64 |
| 04/19/23 | 3835A | 80460309-4 | 156.60 | | 156.60 |
| 04/20/23 | E&A WILLIS AVE | 80508123 | 1,247.25 | | 1,247.25 |
| 04/20/23 | EDGEWATER FIRE D | 80462296 | 519.71 | | 519.71 |
| 04/20/23 | EDGEWATER FD | 80496305 | 142.69 | | 142.69 |
| 04/21/23 | 23 WILLIS AVE | 80514196 | 2,719.19 | | 2,719.19 |
| 04/24/23 | SHOP | 80540002 | 168.67 | | 168.67 |
| 04/24/23 | 3645-03 | 80433689 | 706.21 | 56.08 | 650.13 |
| 04/25/23 | | 80562021 | -653.16 | | -653.16 |

Continued...

```
F.W. Webb Company                   Remit to: F.W. Webb Company
2 Galasso Place                               160 Middlesex Turnpike
Maspeth, NY 11378                             Bedford, MA 01730


ARA PLUMBING CORP.                            Customer Nbr
2182 JACKSON AVENUE                              197572
                                             For Period Ending
SEAFORD NY 11783                                11/25/24


Please list invoice number with each payment.     Page:  8
For inquiries call: 718-395-1954
```

| Date | PO Number | Inv/Order# | Charges | Credits | Balance |
|------|-----------|-----------|---------|---------|---------|
| 04/25/23 | 3615 | 80548028 | 3,240.66 | | 3,240.66 |
| 04/25/23 | 3835 | 80543766 | 2,506.99 | | 2,506.99 |
| 04/26/23 | NOSC | 80568648 | 108.67 | | 108.67 |
| 04/27/23 | 3649-01 | 80563628-2 | 1,732.33 | | 1,732.33 |
| 04/27/23 | COURT HOUSE | 80502576 | 29.20 | | 29.20 |
| 05/01/23 | 3606-07 | 80403350 | 2,501.81 | | 2,501.81 |
| 05/02/23 | NASSAU COUNTY CO | 80648411 | 168.56 | | 168.56 |
| 05/03/23 | SLOAN KETTERING | 80648435 | 112.32 | | 112.32 |
| 05/03/23 | 3585 NASSAU COUN | 80655300 | 593.01 | | 593.01 |
| 05/03/23 | | 80654980 | 744.50 | | 744.50 |
| 05/04/23 | | 80654980-2 | 58.10 | | 58.10 |
| 05/05/23 | QUEENS COLLEGE | 80690036 | 698.88 | | 698.88 |
| 05/08/23 | 3615 | 80727339 | 15.50 | | 15.50 |
| 05/09/23 | | 80510969 | 563.22 | | 563.22 |
| 05/09/23 | 3615-15 | 79319439-3 | 4,559.51 | | 4,559.51 |
| 05/10/23 | 3615 | 80763611 | 28.12 | | 28.12 |
| 05/12/23 | 3615-15 | 79319439 | 18,998.54 | | 18,998.54 |
| 05/19/23 | 3615-15 | 79319439-4 | 8,178.94 | | 8,178.94 |
| 05/26/23 | 3615-18 | 80615761 | 993.80 | | 993.80 |
| 08/17/23 | | 81889115 | -3,912.98 | | -3,912.98 |
| 09/07/23 | 3606-06 | 82248872 | -2,868.26 | | -2,868.26 |
| 09/08/23 | | 82248994 | -2,963.11 | | -2,963.11 |

```
                        TOTAL -->    264,948.71

-----------Cut----------------------Cut---------------------Cut-----------
```

| Cust#: 197572 | Cust.Name: ARA PLUMBING CORP. | | Period Ending: 11/25/24 | |
|---------------|-------------------------------|--------|--------|----------|
| Current | Over 30 | Over 60 | Over 90 | Over 120 |
| 0.00 | 0.00 | 0.00 | 0.00 | 264,948.71 |

| Remit to: | TOTAL DUE |
|-----------|-----------|
| F.W. Webb Company 160 Middlesex Turnpike Bedford, MA 01730 | $264,948.71 |

**EXHIBIT C**

**8-25-70416-las** Robert P Ruggiero, Sr
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Louis A. Scarcella
**Date filed:** 01/31/2025 **Date of last filing:** 03/20/2025

# Creditors

**ACAR Leasing LTD d/b/a GM Financial Leasing**
P.O. Box 183853
Arlington, TX 76096

(10459284)
(cr)

**ALLY**
BOX 380901
BLOOMINGTON, MN 55438

(10454406)
(cr)

**AMERICAN CONTRACTORS**
801 S FIGUEROA STREET
S 700
LA, CA 90017

(10454407)
(cr)

**American Express National Bank**
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

(10466058)
(cr)

**American Express National Bank**
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

(10466057)
(cr)

**American Express National Bank**
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

(10461301)
(cr)

**AMEX**
BOX 981540
EL PASO, TX 79998

(10454408)
(cr)

**ARESCO**
304 WEST JOHN STREET
HICKSVILLE, NY 11801

(10454409)
(cr)

**Bank of America, N.A.**
PO Box 673033
Dallas, TX 75267-3033

(10467689)
(cr)

**BEACON**
BOX 123234
DALLAS, TX 75312

(10454412)
(cr)

**BEST EGG**
BOX 42912
PHIL, PA 19101-1000

(10454414)
(cr)

**BLR3 Inc.**
3140 Veterans Memorial Highway
Bohemia, NY 11716

(10477061)
(cr)

**CANON**
14904 COLL CENTER DRIVE
CHICAGO, IL 60693

(10454416)
(cr)

**CARE CREDIT**
PO BOX 960061
ORLANDO, FL 32896

(10454418)
(cr)

**CASSONE LEASING**
1950 LAKELAND AVE
RONKONKOMA, NY 11779

(10454419)
(cr)

**CITIBANK BANKRUPTCY**
BOX 790040
ST LOUIS, MO 63179

(10454421)
(cr)

**CLINTON WELDING**
40 JERICHO TPKE
JERICHO, NY 11753

(10454422)
(cr)

**CREDIT FIRST**
BOX 81315
CLEVELAND, OH 44181

(10454423)
(cr)

**DISTRIBUTION INTL**
BOX 746945
ATLANTA, GA 30374

(10454425)
(cr)

**DUNEGRASS CORP**
22 MOSS CREEK LANE
PATCHOGUE, NY 11772

(10454426)
(cr)

**EASTERN INDUSTRIAL**
194 ATLANTIC AVENUE
GARDEN CITY S, NY 11040

(10454427)
(cr)

**Ferguson Enterprises LLC**
57-22 49th Street
Maspeth, NY 11378

(10477309)
(cr)

**FIRST CITIZENS**
21146 NETWORK PLACE
CHICAGO, IL 60673

(10454429)
(cr)

**FIRST NATIONAL - OMAHA**
BOX 3128
OMAHA, NE 68103

(10454430)
(cr)

**First National Bank of Omaha**
1620 Dodge St Stop Code 3113
Omaha, NE 68197

(10457666)
(cr)

**First National Bank of Omaha**
1620 Dodge Street, Stop Code 3113
Omaha, Nebraska 68197

(10459768)
(cr)

3/27/25, 12:44 PM                                   Live Database: nyeb_live

**GRAINGER**
DEPT 807242102                                      (10454432)    *NO FU*
PALATINE, IL 60038                                  (cr)

**GRAMERCY RISK MGT**
BOX 67070                                           (10454433)
NEWARK, NJ 07101                                    (cr)

**HILTI INC**
BOX 70299                                           (10454435)
PHILA, PA 19176                                      (cr)

**HOME DEPOT COMM**
BOX 70614                                           (10454436)
PHILA, PA 19176                                      (cr)

**INTERNAL REVENUE SERVICE**
600 ARCH STREET                                     (10454439)
PHILA, PA 19106-1611                                (cr)

**JPMorgan Chase Bank, N.A.**
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC               (10464931)
P.O. Box 9013                                       (cr)
Addison, Texas 75001

**JPMorgan Chase Bank, N.A.**
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC               (10464932)
P.O. Box 9013                                       (cr)
Addison, Texas 75001

**KELLY SYSTEMS**
422 N WESTERN AVENUE                                (10454440)
CHICAGO, IL 60612                                   (cr)

**Kelly Systems Inc**
422 N Western Ave                                   (10460620)
Chicago, IL, IL 60612-1410                          (cr)

**LOWES BUSINESS**
BOX 669824                                          (10454442)
DALLAS, TX 75266                                    (cr)

**MULLOLY JEFFREY**
6851 JERICHO TURNPIKE                               (10454443)
BOX 9036                                            (cr)
SYOSSET, NY 11791-9036

**New York State Department of Taxation and Finance**
Bankruptcy Section                                  (10456235)
P O Box 5300                                        (cr)
Albany NY 12205-0300

**NY Plumbing Wholesale & Supply Inc**
230 Duffy Ave. Unit A                               (10468974)
Hicksville, NY 11801                                (cr)

Live Database: nyeb_live

**NYS DEPT OF TAXATION**
BOX 5300
Albany, NY 12205

(10454446)
(cr)

**Pam Thermal Products Inc.**
136 Abbott Drive
Halesite, NY 11743

(10476950)
(cr)

**Plumbers Local Union No. 200**
Additional Security Benefit Fund
c/o Archer Byington Glennon & Levine
534 Broadhollow Rd, Suite 430
Melville, NY 11747

(10475801)
(cr)

**Plumbers Local Union No. 200**
Apprenticeship Training Fund
c/o Archer Byington Glennon & Levine
534 Broadhollow Rd, Suite 430
Melville, NY 11747

(10475798)
(cr)

**Plumbers Local Union No. 200 Fringe Benefit Funds**

(10466411)
(cr)

**Plumbers Local Union No. 200 Pension Fund**
c/o Archer Byington Glennon & Levine
534 Broadhollow Rd, Suite 430
Melville, NY 11747

(10475786)
(cr)

**Plumbers Local Union No. 200 Welfare Fund**
c/o Archer Byington Glennon & Levine
534 Broadhollow Rd, Suite 430
Melville, NY 11747

(10475788)
(cr)

**Resurgent Capital Services as servicing agent for**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(10474660)
(cr)

**SYNCHRONY**
BOX 965060
ORLANDO, FL 32896

(10454451)
(cr)

**Trs. of the Plumbers Local Union No. 1 Welfare Fun**
c/o Virginia & Ambinder, LLP
40 Broad St., 7th Floor
New York, NY 10004

(10475617)
(cr)

**Trs. of the United Association National Pension Fu**
c/o Virginia & Ambinder, LLP
40 Broad St., 7th Floor
New York, NY 10004

(10475886)
(cr)

**Trustees of the International Training Fund**
c/o Virginia & Ambinder, LLP
40 Broad St., 7th Floor
New York, NY 10004

(10475887)
(cr)

3/27/25, 12:44 PM                                    Live Database: nyeb_live

**U.S. Bank NA dba Elan Financial Services**
Bankruptcy Department                              (10471409)
PO Box 108                                         (cr)
Saint Louis MO 63166-0108

**U.S. Specialty Insurance Company**
13403 Northwest Freeway                            (10476911)
Houston, Texas 77040                               (cr)

**UNIVERSAL TOOLS**
1175 MONTAUK HWY                                   (10454452)
MASTIC, NY 11950                                   (cr)

**UTILITY DETECTION**
BOX 223                                            (10454454)
MILFORD, PA 18337                                  (cr)

**WEBSTER BANK**
BOX 790408                                         (10454455)
ST LOUIS, MO 63179                                 (cr)

**Webster Bank, N.A.**
c/o Goetz Platzer LLP
1 Penn Plaza, Suite 3100                           (10473663)
New York, New York 10119                           (cr)
Attn: T. Sadutto-Carley, Esq.

**WEX BANK**
BOX 6293                                           (10454456)
CAROL STREAM, IL 60197                             (cr)

**X CELL INSULATION**
110 KEYLAND COURT                                  (10454457)
BOHEMIA, NY 11716                                  (cr)

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 03/27/2025 12:42:50 | | |
| PACER Login: | embanta3 | Client Code: | |
| Description: | Creditor List | Search Criteria: | 8-25-70416-las Creditor Type: cr |
| Billable Pages: | 3 | Cost: | 0.30 |

**EXHIBIT D**

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT | Eastern District of New York | ▾ | **PROOF OF CLAIM** |
|---|---|---|---|

| Name of Debtor:<br>ROBERT P. RUGGERIO, SR. | Case Number:<br>25-70416 |
|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
FW WEBB COMPANY

Name and address where notices should be sent:

Heitner & Breitstein PC

Telephone number: (732) 780-5900    email: ebanta@nycnjlaw.com

Name and address where payment should be sent (if different from above):



Telephone number:        email:

**COURT USE ONLY**

❒ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**_____
(*If known*)

Filed on:_____

❒ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:**        $          264,000.00

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

❒ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Goods sold
   (See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:**
   3  4  6  6

**3a. Debtor may have scheduled account as:**
_____
(See instruction #3a)

**3b. Uniform Claim Identifier (optional):**
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
(See instruction #3b)

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ❒Real Estate  ❒Motor Vehicle  ❒Other
**Describe:**

**Value of Property:** $_____

**Annual Interest Rate**_____% ❒Fixed  or  ❒Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:

$_____

**Basis for perfection:** _____

**Amount of Secured Claim:**    $_____

**Amount Unsecured:**    $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

❒ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

❒ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

❒ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

❒ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

❒ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

❒ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

B10 (Official Form 10) (04/13)                                                                                                    2

**7. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

☐ I am the creditor.    ☑ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, indorser, or other codebtor.
                                                                    or their authorized agent.                (See Bankruptcy Rule 3005.)
                                                                    (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:  Eugene M. Banta
Title:       Attorney
Company:     Heitner & Breitstein PC
Address and telephone number (if different from notice address above):
~~198 Rt 9 N., #207~~                                                    (Signature)                                     (Date)
~~Manalapan NJ 07726~~

Telephone number (732) 780-5900    email: ebanta@nycnjlaw.com

*Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571.

---

**INSTRUCTIONS FOR PROOF OF CLAIM FORM**

*The instructions and definitions below are general explanations of the law.  In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case.  A separate space is provided for the payment address if it differs from the notice address.  The creditor has a continuing obligation to keep the court informed of its current address.  See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred.  Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.  If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here.  A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the

claim is entirely unsecured.  (See Definitions.)  If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority.  (See Definitions.)  A claim may be partly priority and partly non-priority.  For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt.  You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open-end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence.  You may also attach a summary in addition to the documents themselves.  FRBP 3001(c) and (d).  If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it.  FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature.  If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief.  Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration.  Print the name and title, if any, of the creditor or other person authorized to file this claim.  State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____          _____INFORMATION_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity to whom the debtor owes a debt that was incurred before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment for a debt owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. § 506 (a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien.

A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. § 507 (a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.

in re: Robert P Ruggiero, Sr

Case No. 8-25-70416

## POWER OF ATTORNEY

The undersigned claimant hereby authorizes Heitner & Breitstein, P.C., P.O. Box 270, Wickatunk, New Jersey 07765 as attorney in fact for the undersigned and with full power of substitution to vote in any question that may be lawfully submitted to creditors of the bankrupt in the above-entitled case; (if appropriate) to vote for a trustee of the estate of the bankrupt and for a committee of creditors; to receive dividends; and in general to perform any act for the undersigned in all matters arising in this case.

Dated: 3/17/25

F.W. WEBB COMPANY

By: _____

Address: 160 Middlesex Turnpike
Bedford, MA 01730

COMMONWEALTH OF MA
COUNTY OF

ss.: Middlesex

CORPORATION

On 3/17/25 , before me personally came Lori Pinto me know, who, by me duly sworn, did depose and say that deponent resides at FW Webb Bedford MASS , that deponent is the Director of Credit of F.W. WEBB COMPANY, the corporation described in, and which executed the foregoing Power of Attorney, and that deponent signed deponent's name by like order.

Notary

Y17-3466



```
F.W. Webb Company                    Remit to: F.W. Webb Company
2 Galasso Place                                160 Middlesex Turnpike
Maspeth, NY 11378                              Bedford, MA 01730

ARA PLUMBING CORP.                   Customer Nbr
2182 JACKSON AVENUE                      197572
                                     For Period Ending
SEAFORD NY 11783                        11/25/24

Please list invoice number with each payment.   Page: 1
For inquiries call: 718-395-1954
```

| Date | PO Number | Inv/Order# | Charges | Credits | Balance |
|------|-----------|-----------|---------|---------|---------|
| 02/09/23 | LIRR | 79603352 | 2,527.87 | | 2,527.87 |
| 02/09/23 | RESORTS WORLD | 79603494 | 57.53 | | 57.53 |
| 02/09/23 | ELECTROFUSION RE | 79124190 | 1,107.98 | | 1,107.98 |
| 02/10/23 | 3615 | 79582747 | 555.96 | | 555.96 |
| 02/10/23 | | 79560679 | 1,263.49 | | 1,263.49 |
| 02/10/23 | 3835 | 79566425-3 | 31.00 | | 31.00 |
| 02/10/23 | 3588-06 | 79480557-2 | 1,150.40 | | 1,150.40 |
| 02/10/23 | 3835 | 79627260-2 | 1,541.33 | | 1,541.33 |
| 02/13/23 | 3835 | 79627260-3 | 193.44 | | 193.44 |
| 02/13/23 | NASSAU COUNTY | 79566028 | 65.45 | | 65.45 |
| 02/13/23 | LIRR EXPANSION | 79403730-2 | 18.10 | | 18.10 |
| 02/13/23 | SLOAN KETTEREN | 79578479 | 224.51 | | 224.51 |
| 02/13/23 | JAVITS | 79657310 | 21.67 | | 21.67 |
| 02/13/23 | BRODY | 79646246 | 133.67 | | 133.67 |
| 02/13/23 | 3615 | 79662527 | 9.82 | | 9.82 |
| 02/14/23 | RENTAL CREDIT | 79677300 | -543.13 | | -543.13 |
| 02/14/23 | CUP | 79673976 | 250.36 | | 250.36 |
| 02/14/23 | CUP | 79664294 | 269.99 | | 269.99 |
| 02/14/23 | MINEOLA LIRR | 79664405 | 76.12 | | 76.12 |
| 02/14/23 | 3625-02A | 77808079-7 | 1,087.50 | | 1,087.50 |
| 02/14/23 | 3615 | 79642300 | 857.56 | | 857.56 |
| 02/15/23 | 3615 | 79701180 | 701.56 | | 701.56 |
| 02/16/23 | JAVITZ T HANDLE | 79678486 | 98.55 | | 98.55 |
| 02/16/23 | JAVITS | 79708260 | 202.80 | | 202.80 |

Continued...

F.W. Webb Company
2 Galasso Place
Maspeth, NY 11378

Remit to: F.W. Webb Company
160 Middlesex Turnpike
Bedford, MA 01730

ARA PLUMBING CORP.
2182 JACKSON AVENUE

SEAFORD NY 11783

Customer Nbr
197572
For Period Ending
11/25/24

Please list invoice number with each payment.
For inquiries call: 718-395-1954

Page: 2

| Date | PO Number | Inv/Order# | Charges | Credits | Balance |
|------|-----------|-----------|---------|---------|---------|
| 02/16/23 | LIRR | 79683893 | 6.12 | | 6.12 |
| 02/16/23 | NORTHPORT LIRR | 79662787 | 1,609.50 | | 1,609.50 |
| 02/16/23 | | 79699145 | 2,382.02 | | 2,382.02 |
| 02/17/23 | 3615 | 79642300-2 | 175.40 | | 175.40 |
| 02/17/23 | | 79699145-2 | 209.10 | | 209.10 |
| 02/20/23 | 3615 | 79719626 | 3,342.58 | | 3,342.58 |
| 02/21/23 | NHP TRAIN STATIO | 79761406 | 213.49 | 16.95 | 196.54 |
| 02/21/23 | NAVAL | 79762363 | 54.44 | | 54.44 |
| 02/21/23 | | 79437437 | 132.95 | | 132.95 |
| 02/21/23 | 3615 | 79733763 | 2,214.13 | | 2,214.13 |
| 02/21/23 | 3615 HAMMER ARRE | 79721357 | 406.26 | | 406.26 |
| 02/22/23 | 3615 | 79769631 | 373.04 | | 373.04 |
| 02/22/23 | 3585-49 | 79716937 | 554.67 | | 554.67 |
| 02/22/23 | | 79769947 | 2,586.49 | | 2,586.49 |
| 02/23/23 | | 79770676 | 604.01 | | 604.01 |
| 02/23/23 | 3615-15 | 79319439-2 | 10,585.50 | | 10,585.50 |
| 02/23/23 | | 79769947-2 | 132.00 | | 132.00 |
| 02/24/23 | MINEOLA TRAIN ST | 79801291 | 177.70 | 14.11 | 163.59 |
| 02/24/23 | 3688- MINEOLA TR | 79796160 | 177.00 | | 177.00 |
| 02/24/23 | RETURN | 79773407 | -273.75 | | -273.75 |
| 02/24/23 | 3615 | 79733763-2 | 1,059.64 | | 1,059.64 |
| 02/24/23 | 3855A | 79806143 | 1,284.60 | | 1,284.60 |
| 02/24/23 | 3835 | 79806309 | 1,768.24 | | 1,768.24 |
| 02/24/23 | 3615 | 79804807 | 310.20 | | 310.20 |

Continued...

F.W. Webb Company
2 Galasso Place
Maspeth, NY 11378

Remit to: F.W. Webb Company
160 Middlesex Turnpike
Bedford, MA 01730

ARA PLUMBING CORP.
2182 JACKSON AVENUE

SEAFORD NY 11783

Customer Nbr
197572
For Period Ending
11/25/24

Please list invoice number with each payment.
For inquiries call: 718-395-1954

Page: 3

| Date | PO Number | Inv/Order# | Charges | Credits | Balance |
|---|---|---|---|---|---|
| 02/27/23 | RETURN | 79586989 | -354.73 | | -354.73 |
| 02/27/23 | RETURN | 79805250 | -198.31 | | -198.31 |
| 02/27/23 | JAVITS | 79838858 | 156.74 | | 156.74 |
| 02/27/23 | 3835 | 79806309-2 | 427.20 | | 427.20 |
| 02/27/23 | 3835 | 79806309-3 | 102.24 | | 102.24 |
| 02/27/23 | MINEOLA TRAIN ST | 79804207 | 2,405.24 | | 2,405.24 |
| 02/27/23 | LIRR | 79837304 | 67.83 | | 67.83 |
| 02/27/23 | 3615-11 | 79828122 | -171.20 | | -171.20 |
| 02/28/23 | 3625-02A | 77808079-6 | 3,953.41 | | 3,953.41 |
| 02/28/23 | 3625-02A | 79846199 | 332.66 | | 332.66 |
| 02/28/23 | 3625-02A | 77808079 | 1,347.12 | | 1,347.12 |
| 03/01/23 | RETURN | 79843691 | -92.96 | | -92.96 |
| 03/01/23 | MINEOLA RR | 79858714 | 1.95 | | 1.95 |
| 03/01/23 | | 79847080 | 200.74 | | 200.74 |
| 03/01/23 | RETUN - 3635 | 79843184 | -263.97 | | -263.97 |
| 03/02/23 | 3615 | 79874324-2 | 2,595.69 | | 2,595.69 |
| 03/02/23 | LIRR | 79887458 | 288.61 | | 288.61 |
| 03/02/23 | | 79828638 | 480.83 | | 480.83 |
| 03/02/23 | 3625-02A | 77808079-9 | 379.23 | | 379.23 |
| 03/02/23 | 3625-02A | 77808079-8 | 697.20 | | 697.20 |
| 03/02/23 | | 79698184 | 2,463.69 | | 2,463.69 |
| 03/03/23 | DOWNSTATE | 79843084 | 214.10 | | 214.10 |
| 03/06/23 | DAS | 79910567 | 411.68 | | 411.68 |
| 03/06/23 | 3585 | 79889854-2 | 135.84 | | 135.84 |

Continued...

F.W. Webb Company
2 Galasso Place
Maspeth, NY 11378

Remit to: F.W. Webb Company
160 Middlesex Turnpike
Bedford, MA 01730

ARA PLUMBING CORP.
2182 JACKSON AVENUE

SEAFORD NY 11783

Customer Nbr
197572
For Period Ending
11/25/24

Please list invoice number with each payment.
For inquiries call: 718-395-1954

Page:  4

| Date | PO Number | Inv/Order# | Charges | Credits | Balance |
|---|---|---|---|---|---|
| 03/06/23 | 3585 | 79889854 | 2,472.25 | | 2,472.25 |
| 03/06/23 | 3615 | 79907379 | 594.20 | | 594.20 |
| 03/07/23 | JAVITS | 79941645-2 | 21.12 | | 21.12 |
| 03/08/23 | DAS | 79910281 | 300.79 | | 300.79 |
| 03/08/23 | NASSAU COUNTY FA | 79947799 | 130.69 | | 130.69 |
| 03/08/23 | 3615 | 79965452 | 32.70 | | 32.70 |
| 03/09/23 | 3625-02A | 77808079-10 | 738.68 | | 738.68 |
| 03/09/23 | RETURN - MINEOLA | 79910210 | -260.00 | | -260.00 |
| 03/09/23 | LIRR | 79968448 | 450.53 | | 450.53 |
| 03/09/23 | 3688 | 79964735 | 409.15 | | 409.15 |
| 03/10/23 | BRASSCRAFT | 79792900 | 1,056.60 | | 1,056.60 |
| 03/10/23 | NOSC | 79984786 | 250.15 | | 250.15 |
| 03/10/23 | 3615 | 79982452-2 | 744.86 | | 744.86 |
| 03/10/23 | 3615 | 79982452 | 1,572.80 | | 1,572.80 |
| 03/13/23 | LIRR | 79991264 | 153.88 | | 153.88 |
| 03/13/23 | LIRR | 79996318 | 60.13 | | 60.13 |
| 03/13/23 | LIRR | 79996318-2 | 156.36 | | 156.36 |
| 03/13/23 | RAILROAD | 79981475 | 410.50 | 32.59 | 377.91 |
| 03/14/23 | 3615 | 80034816 | 168.73 | | 168.73 |
| 03/14/23 | NOSC | 80020132 | 1,529.23 | | 1,529.23 |
| 03/14/23 | 3615 | 79999803 | 2,369.12 | | 2,369.12 |
| 03/15/23 | NYU MINEOLA | 80037206 | 123.65 | | 123.65 |
| 03/15/23 | LIRR | 80037135 | 196.56 | | 196.56 |
| 03/15/23 | LIRR | 80042060 | 148.34 | | 148.34 |

Continued...

```
F.W. Webb Company                 Remit to: F.W. Webb Company
2 Galasso Place                             160 Middlesex Turnpike
Maspeth, NY 11378                           Bedford, MA 01730

ARA PLUMBING CORP.                          Customer Nbr
2182 JACKSON AVENUE                           197572
                                          For Period Ending
SEAFORD NY 11783                              11/25/24

Please list invoice number with each payment.      Page:  5
For inquiries call: 718-395-1954
```

| Date | PO Number | Inv/Order# | Charges | Credits | Balance |
|------|-----------|-----------|---------|---------|---------|
| 03/15/23 | LIRR | 80042060-2 | 96.92 | | 96.92 |
| 03/15/23 | 3615 | 80034028 | 3,827.60 | | 3,827.60 |
| 03/15/23 | | 80038506 | -1,572.80 | | -1,572.80 |
| 03/16/23 | 3585-05 | 72339199 | 49,535.60 | | 49,535.60 |
| 03/16/23 | 3585-05 | 72339198 | 71,900.85 | | 71,900.85 |
| 03/17/23 | MERILLON STATION | 80067580 | 198.45 | | 198.45 |
| 03/17/23 | JAVITS | 80037168 | 140.24 | | 140.24 |
| 03/17/23 | 3615 | 80049917-2 | 730.64 | | 730.64 |
| 03/17/23 | | 80069745 | 1,991.24 | | 1,991.24 |
| 03/20/23 | DAS | 80098918-2 | 47.99 | | 47.99 |
| 03/20/23 | 3585-05 | 72339199-9 | 58.95 | | 58.95 |
| 03/20/23 | 3585-05 | 72339198-8 | 67.50 | | 67.50 |
| 03/20/23 | 3585 | 80084648 | 476.72 | | 476.72 |
| 03/20/23 | RETURN JAVITS | 80083228 | -145.38 | | -145.38 |
| 03/20/23 | DAS | 80096890 | 214.22 | | 214.22 |
| 03/20/23 | JAVITS | 80097412 | 61.02 | | 61.02 |
| 03/20/23 | 8" NO HUB | 80086821-2 | 1,735.57 | | 1,735.57 |
| 03/21/23 | MINEOLA TRAIN ST | 80105005 | 928.01 | 73.69 | 854.32 |
| 03/22/23 | 4X20 S80 PIPE | 80123249 | 1,138.39 | | 1,138.39 |
| 03/22/23 | NASSAU COUNTY CO | 80125549 | 1,255.14 | | 1,255.14 |
| 03/22/23 | MINEOLA TRAIN ST | 80105243 | 602.35 | 47.83 | 554.52 |
| 03/22/23 | 8" NO HUB | 80086821-3 | 274.71 | | 274.71 |
| 03/22/23 | | 80118379 | 1,084.65 | | 1,084.65 |
| 03/23/23 | RETURN | 80140571 | -545.74 | | -545.74 |

Continued...

```
F.W. Webb Company              | Remit to: F.W. Webb Company
2 Galasso Place                |           160 Middlesex Turnpike
Maspeth, NY 11378              |           Bedford, MA 01730
-------------------------------|-----------------------------------
ARA PLUMBING CORP.            |           Customer Nbr
2182 JACKSON AVENUE           |             197572
                              |           For Period Ending
SEAFORD NY 11783              |             11/25/24
                              |
-------------------------------|-----------------------------------
Please list invoice number with each payment. |  Page:  6
For inquiries call: 718-395-1954               |
```

| Date | PO Number | Inv/Order# | Charges | Credits | Balance |
|------|-----------|-----------|---------|---------|---------|
| 03/23/23 | DAS | 80076468 | 191.68 | | 191.68 |
| 03/23/23 | | 80123704 | 426.66 | | 426.66 |
| 03/24/23 | NORTHPORT | 80155314 | 170.53 | | 170.53 |
| 03/24/23 | | 80155877 | 765.42 | | 765.42 |
| 03/27/23 | NYU LOCKROOM | 80186436 | 1,035.12 | 82.19 | 952.93 |
| 03/27/23 | 3615 | 80171290 | 1,589.80 | | 1,589.80 |
| 03/28/23 | MINEOLA TRAIN ST | 80105005-2 | 46.27 | 3.67 | 42.60 |
| 03/28/23 | | 80192301 | 1,494.77 | | 1,494.77 |
| 03/28/23 | 3615 | 80198966 | 294.10 | | 294.10 |
| 03/29/23 | NOSC | 80208347 | 250.95 | | 250.95 |
| 03/29/23 | RETURN - NORTHPO | 80188245 | -2,621.88 | | -2,621.88 |
| 03/29/23 | JAVITS | 80209093 | 52.92 | | 52.92 |
| 03/29/23 | RETURN | 80208450 | -667.69 | | -667.69 |
| 03/30/23 | QUEENS COLLEGE | 80228026 | 89.60 | | 89.60 |
| 03/31/23 | MNEOLA RAILROAD | 80248141 | 476.11 | | 476.11 |
| 04/03/23 | NASSAU COUNT COU | 80266042-3 | 1,749.12 | | 1,749.12 |
| 04/03/23 | NYU LANGONE | 80243539 | 719.95 | | 719.95 |
| 04/03/23 | | 80266042-4 | 116.46 | | 116.46 |
| 04/04/23 | MINEOLA  RAILROA | 80265978 | 1,467.20 | | 1,467.20 |
| 04/04/23 | MOSC | 80281950 | 189.66 | | 189.66 |
| 04/04/23 | 3615 | 80282229 | 884.06 | | 884.06 |
| 04/05/23 | SMITHTOWN BENCHM | 80304738 | 386.67 | | 386.67 |
| 04/05/23 | NYU LOCKER ROOM | 80304591 | 309.41 | 24.57 | 284.84 |
| 04/06/23 | NOSC | 80335240 | 763.64 | | 763.64 |

Continued...

```
| F.W. Webb Company              | Remit to: F.W. Webb Company     |
| 2 Galasso Place                |           160 Middlesex Turnpike |
| Maspeth, NY 11378              |           Bedford, MA 01730      |
|                                |                                  |
| ARA PLUMBING CORP.             |           Customer Nbr           |
| 2182 JACKSON AVENUE            |             197572               |
|                                |          For Period Ending       |
| SEAFORD NY 11783               |             11/25/24             |
|                                |                                  |
| Please list invoice number with each payment. | Page:  7          |
| For inquiries call: 718-395-1954               |                   |
```

| Date | PO Number | Inv/Order# | Charges | Credits | Balance |
|------|-----------|------------|---------|---------|---------|
| 04/06/23 | RETURN | 80264205 | -1,817.21 | | -1,817.21 |
| 04/06/23 | LIRR | 80333059 | 160.90 | | 160.90 |
| 04/06/23 | 3835A | 80322141-2 | 1,030.71 | | 1,030.71 |
| 04/06/23 | 3835A | 80322141 | 626.01 | | 626.01 |
| 04/06/23 | 3585-52 | 80308074 | 362.46 | | 362.46 |
| 04/06/23 | | 80266042 | 53.85 | | 53.85 |
| 04/07/23 | NYU LOCKEROOM | 80340665 | 210.83 | 16.74 | 194.09 |
| 04/10/23 | NYU LOCKEROOM | 80364431 | 39.69 | 3.15 | 36.54 |
| 04/10/23 | JAVITS | 80364461 | 88.84 | | 88.84 |
| 04/10/23 | 3606-06 | 78383507 | 8,749.21 | | 8,749.21 |
| 04/11/23 | 3585-52 | 80308074-2 | 134.94 | | 134.94 |
| 04/11/23 | LIRR - RETURN | 80333552 | -4,297.62 | | -4,297.62 |
| 04/18/23 | 3559 | W691240 | 1,135.09 | | 1,135.09 |
| 04/18/23 | 3615 | 80476531 | 112.55 | | 112.55 |
| 04/18/23 | NOSC | 80470777 | 22.84 | | 22.84 |
| 04/18/23 | 3835A | 80460309-2 | 1,927.64 | | 1,927.64 |
| 04/19/23 | 3835A | 80460309-4 | 156.60 | | 156.60 |
| 04/20/23 | E&A WILLIS AVE | 80508123 | 1,247.25 | | 1,247.25 |
| 04/20/23 | EDGEWATER FIRE D | 80462296 | 519.71 | | 519.71 |
| 04/20/23 | EDGEWATER FD | 80496305 | 142.69 | | 142.69 |
| 04/21/23 | 23 WILLIS AVE | 80514196 | 2,719.19 | | 2,719.19 |
| 04/24/23 | SHOP | 80540002 | 168.67 | | 168.67 |
| 04/24/23 | 3645-03 | 80433689 | 706.21 | 56.08 | 650.13 |
| 04/25/23 | | 80562021 | -653.16 | | -653.16 |

Continued...

F.W. Webb Company
2 Galasso Place
Maspeth, NY 11378

Remit to: F.W. Webb Company
160 Middlesex Turnpike
Bedford, MA 01730

ARA PLUMBING CORP.
2182 JACKSON AVENUE

SEAFORD NY 11783

Customer Nbr
197572
For Period Ending
11/25/24

Please list invoice number with each payment.
For inquiries call: 718-395-1954

Page: 8

| Date | PO Number | Inv/Order# | Charges | Credits | Balance |
|---|---|---|---|---|---|
| 04/25/23 | 3615 | 80548028 | 3,240.66 | | 3,240.66 |
| 04/25/23 | 3835 | 80543766 | 2,506.99 | | 2,506.99 |
| 04/26/23 | NOSC | 80568648 | 108.67 | | 108.67 |
| 04/27/23 | 3649-01 | 80563628-2 | 1,732.33 | | 1,732.33 |
| 04/27/23 | COURT HOUSE | 80502576 | 29.20 | | 29.20 |
| 05/01/23 | 3606-07 | 80403350 | 2,501.81 | | 2,501.81 |
| 05/02/23 | NASSAU COUNTY CO | 80648411 | 168.56 | | 168.56 |
| 05/03/23 | SLOAN KETTERING | 80648435 | 112.32 | | 112.32 |
| 05/03/23 | 3585 NASSAU COUN | 80655300 | 593.01 | | 593.01 |
| 05/03/23 | | 80654980 | 744.50 | | 744.50 |
| 05/04/23 | | 80654980-2 | 58.10 | | 58.10 |
| 05/05/23 | QUEENS COLLEGE | 80690036 | 698.88 | | 698.88 |
| 05/08/23 | 3615 | 80727339 | 15.50 | | 15.50 |
| 05/09/23 | | 80510969 | 563.22 | | 563.22 |
| 05/09/23 | 3615-15 | 79319439-3 | 4,559.51 | | 4,559.51 |
| 05/10/23 | 3615 | 80763611 | 28.12 | | 28.12 |
| 05/12/23 | 3615-15 | 79319439 | 18,998.54 | | 18,998.54 |
| 05/19/23 | 3615-15 | 79319439-4 | 8,178.94 | | 8,178.94 |
| 05/26/23 | 3615-18 | 80615761 | 993.80 | | 993.80 |
| 08/17/23 | | 81889115 | -3,912.98 | | -3,912.98 |
| 09/07/23 | 3606-06 | 82248872 | -2,868.26 | | -2,868.26 |
| 09/08/23 | | 82248994 | -2,963.11 | | -2,963.11 |

TOTAL --> 264,948.71

------------Cut----------------------Cut----------------------Cut-----------

| Cust#: 197572 | Cust.Name: ARA PLUMBING CORP. | Period Ending: 11/25/24 |
|---|---|---|

| Current | Over 30 | Over 60 | Over 90 | Over 120 |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 264,948.71 |

| Remit to: F.W. Webb Company 160 Middlesex Turnpike Bedford, MA 01730 | TOTAL DUE $264,948.71 |
|---|---|

<u>TERMS OF THE AGREEMENT</u>

PLEASE READ BELOW THE TERMS AND CONDITIONS OF CREDIT.  DO NOT HESITATE TO ASK US ABOUT THEM IF YOU SHOULD HAVE ANY QUESTIONS.

1.  A 2% discount may be taken on the current month purchases if the account is paid in full by the 10th of the month following the statement date.  The account is due net by the 25th of the month and considered past due on the 26th.

2.  In the event of default of the foregoing paragraph, APPLICANT agrees to pay the maximum legal rate of interest or service charge at the rate of and not exceeding 2% per month (24% annually) on all unpaid and delinquent accounts together with all reasonable attorneys' fees for the collection and enforcement of all delinquent accounts together with all costs thereof.

3.  The APPLICANT authorizes F.W. WEBB COMPANY to make an investigative consumer report and credit check for the purposes of F.W. WEBB COMPANY extending the APPLICANT credit and understands that the APPLICANT may, upon reasonable request, within a reasonable period of time, receive additional information about the nature and scope of this investigative report.

4.  The Guarantor(s) hereby unconditionally guarantee payment of whatever amount or amounts shall at any time be owing to F.W. WEBB COMPANY on account of goods hereafter delivered whether said indebtedness is in the form of notes, bills or open account.

5.  This shall be an open and continuing guarantee and shall continue in force notwithstanding any change in the form of such indebtedness, or renewals or extensions granted by you, without obtaining any consent thereto, and until expressly revoked by registered mail, return receipt requested from the undersigned guarantor(s) to F.W. WEBB COMPANY and any such revocation shall not in any manner affect the guarantor(s) liability as to the indebtedness contracted prior thereto.

6.  Notice of indebtedness and/or default in payment are hereby waived.  The incorporation, merger, reorganization or sale of the APPLICANT's business shall not operate as a termination of this guarantee.

7.  The APPLICANT agrees that F.W. WEBB COMPANY may, at its sole election bring any action arising under the terms of this contract in any court within the Commonwealth of Massachusetts located in any judicial district F.W. WEBB COMPANY selects. The APPLICANT and F.W. WEBB COMPANY hereby agree that venue will be proper as selected by F. W WEBB COMPANY.

If the APPLICANT purchases goods from a branch of F.W. WEBB COMPANY located outside of Massachusetts or if goods are delivered to the APPLICANT outside of Massachusetts and a dispute arises, F.W. WEBB COMPANY retains the right, at its sole election, to bring an action in any court located within the Commonwealth of Massachusetts or, in the alternative, any court of appropriate jurisdiction in the state where the goods are supplied or F.W. WEBB COMPANY is located.

This agreement and rights of the parties hereunder shall be governed by the laws of the state in which any action is commenced.

8.  If any provisions of this agreement are found to be void, illegal or otherwise unenforceable, the remainder of this agreement shall not be affected thereby and shall remain fully enforceable.

This agreement is binding upon the APPLICANT and its administrators, executors and assigns.

9.  The guarantee shall be a continuing, absolute and unconditional guarantee and shall be enforceable by F.W. WEBB COMPANY, its successors and assigns.