LAW OFFICES OF RICHARD S. FEINSILVER

| | |
|---|---|
| 118-21 Queens Boulevard<br>Forest Hills, New York 11375<br>800-479-6330 | One Old Country Road<br>Carle Place, New York 11514<br>516-873-6330<br>(Fax) 516-873-6183 |

April 30, 2025


Honorable Louis A. Scarcella
United States Bankruptcy Court
290 Federal Plaza, Room 970
Central Islip, New York 11722


      Re: Robert P. Ruggiero Sr
         Ch 11 Case #: 25-70416-las
         Matters: Motion to Allow Late Claim
         Hearing Date: 5/1/2025 10 AM


Dear Judge Scarcella,

Please allow this letter to confirm that the above matter has been adjourned on consent to May 22, 2025 at 10 AM.

Thank you for your courtesies herein.

If you have any questions, please contact me at once.


Very truly yours,

s/Richard S. Feinsilver

Richard S. Feinsilver

Filed via ECF