UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re                                        Chapter 11

      ROBERT P. RUGGIERO SR

                  DEBTOR

                                      Case# 25-70416-las

----------------------------------------------------------X

### AMENDED NOTICE OF DEBTOR'S MOTION FOR AN ORDER: (A) REDUCING THE JUDGMENT LIEN HELD BY PLUMBERS LOCAL UNION No 200, and (B) MODIFYING PROOF OF CLAIM 12-1 FILED BY THIS CREDITOR TOGETHER WITH RELATED RELIEF

**PLEASE TAKE NOTICE,** that upon the Application dated May 1, 2025 (the

"Application") of Robert P. Ruggiero Sr ("Debtor"), the Debtor and Debtor-in-Possession herein,

a motion will be made before the Honorable Louis A. Scarcella, United States Bankruptcy Judge,

in his courtroom at the United States Bankruptcy Court, 290 Federal Plaza, Room 970, Central

Islip, New York 11722, on the 22nd day of May 2025, at 10:00 a.m. or as soon thereafter as

counsel may be heard, for an order: pursuant to sections 105, 502 and 522(f) of the Bankruptcy

Code and Rules 2002, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure

("Bankruptcy Rules"), (a) reducing the amount of the judgment lien held by creditor Plumbers

Union Local No 200 that impairs the Debtor's homestead exemption to $120,175.00, (b)

modifying proof of claim #12-1, filed February 26, 2025 by this creditor, setting the secured

claim held by this creditor at $120,175.00 and reclassifying the balance of $1,116,668.36 as a

general unsecured; and  © granting such other and further relief as may be just and proper.

**PLEASE TAKE FURTHER NOTICE,** that a copy of the complete Application is on

file with the Bankruptcy Court at the address set forth below and may be reviewed during the

Court's regular business hours or may be obtained by contacting Debtor's counsel, the Law

Office of Richard S. Feinsilver, Esq., One Old Country Road, Suite 347, Carle Place, New York

11514, telephone 516-873-6330, Attention: Richard S. Feinsilver, Esq., and requesting same.

**PLEASE TAKE FURTHER NOTICE,** that,  the hearing SHALL be held in person

unless an appearance by other means is approved in advance by the Court. Those intending to

appear at the hearing must register to appear no later than two days prior to the hearing.

Instructions for registration can be found at https://ecf.nyeb.uscourts.gov/.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the Application must

be in writing, must conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of

this Court, and must be filed with the Bankruptcy Court electronically by registered users of the

Bankruptcy Court's Electronic Court Filing System and by all other parties in interest on a 3.5

disk, preferably in Portable Document Format ("PDF"), Microsoft Word or other Windows-

based word processing format with a copy to be served upon the Law Offices of Richard S.

Feinsilver, Esq., One Old Country Road, Suite 347, Carle Place, New York 11514, telephone

516-873-6330, Attention: Richard S. Feinsilver, Esq., attorney for the Debtor, and the Office of

the United States Trustee, 560 Federal Plaza, Central Islip New York 11722 Attn. Christine H

Black, Esq., so as to be received not later than 4:00 p.m. seven days prior to the hearing date.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the motion may be adjourned

without notice other than an announcement in open Court.

Dated: Carle Place, New York
     May 1, 2025

                By     /s/ Richard S. Feinsilver
                        Richard S. Feinsilver, Esq.
                        Attorney for Debtor and Debtor in Possession
                        One Old Country Road, Suite 347
                        Carle Place, New York 11514
                        516-873-6330

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
In Re:

ROBERT P. RUGGIERO SR

Chapter 11

Case No.: 25-70416-las

AFFIRMATION IN
SUPPORT OF MOTION TO
REDUCE JUDGMENT LIEN
AND SET AMOUNT OF ALLOWED
SECURED CLAIM

                          Debtor
--------------------------------X

RICHARD S. FEINSILVER, an attorney duly admitted to practice before this court, hereby affirms the following to be true subject to the penalties for perjury:

1.    I am the attorney for ROBERT P. RUGGIERO SR ("Debtor"), the Debtor herein, and as such am fully familiar with the facts and circumstances of the instant case.

2.    Debtor filed the instant Chapter 11 proceeding with this Court on January 31, 2025 and relief was ordered that same day.

**REDUCTION OF JUDGMENT LIEN**

3.    The Debtor seeks to partially avoid a certain judicial lien that impairs the homestead exemption claimed by the Debtor against certain real property owned by the Debtor located at 11 Linden Street, Selden, New York 11784 in the County of Suffolk, State of New York (the "Property"). Judicial liens that impair the homestead exemption are voidable pursuant to 11 U.S.C. Section 522(f).

4.    The following judgment has been entered against the Debtor (Exhibit A):

Richard Brooks as Administrator
Plumbers Local Union No 200      Court:Supreme - Suffolk
2121 Fifth Avenue                Date Perfected:10/10/2024
Ronkonkoma NY 11779              Date Docketed: 10/10/2024
Amount: $1,203,316.28            Index # 625134/2024

5.    The above creditor was duly listed in the schedules of the Debtor's bankruptcy petition (Exhibit B).

6.    The debtor is the owner of a 50% interest, as a tenant by the entirety with his spouse, Joan Ruggiero, of certain real property known as and by 11 Linden Street, Selden, New York. (Exhibit C). This property is the homestead of the debtor.   A market analysis of the Debtor's residence as of April 29, 2025, indicates a market value of $650,000.00 (Exhibit D).

7.    As of the petition date, the Property does not have any encumbrances against it other than the subject judgment lien.

8.    The debtor has claimed a homestead exemption of $204,825.00 in the subject property (Exhibit E).

9.    Based upon the liquidation analysis annexed hereto as Exhibit F, there is non-exempt equity in the amount of $120,175.00 in the debtor's homestead for the subject liens to As such, the above judgment lien partially impairs the Debtor's available homestead exemption and should be reduced to $120,175.00 pursuant to Section 522(f) of the Bankruptcy Code.

## MODIFICATION OF PROOF OF CLAIM

10.   In addition to the foregoing, on February 26, 2025, the creditor filed proof of claim 12 (Exhibit G), in which it has alleged that it holds a secured claim in the amount of $650,000.00, not taking into account the manner in which title in the Property is held or the debtor's homestead exemption.

11.   If the Court is in agreement with the debtor's analysis and grants the relief sought herein, secured portion of the proof of claim as stated on proof of claim # 12 must also be reduced to $120,175.00 and the balance of $1,116,668.36 be reclassified as a general unsecured claim.

WHEREFORE, it is respectfully requested that an Order be entered (a) reducing the judgment lien of that impairs the Debtor's homestead exemption to $120,175.00, (b) modifying proof of claim #12-1, filed February 26, 2025 to set the secured claim held by this creditor at $120,175.00 and reclassifying the balance of $1,116,668.36 as a general unsecured debt;  and © granting such other and further relief as this Court deems just and proper.

Dated: May 1, 2025
      Carle Place, New York     s/Richard S. Feinsilver

                            Richard S. Feinsilver
                            Attorney for Debtor
                            One Old Country Road, S 347
                            Carle Place, New York 11514
                            516-873-6330

EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
-------------------------------------------------------------x

RICHARD BROOKS as ADMINISTRATOR of
PLUMBERS LOCAL 200 WELFARE, PENSION,
SUPPLEMENTAL        VESTED        ANNUITY,
VACATION, APPRENTICESHIP TRAINING AND
ADDITIONAL SECURITY BENEFIT FUNDS,

                                        Plaintiffs,

                        -against-

ROBERT RUGGIERO, SR.,

                                        Defendant.
-------------------------------------------------------------x

*Index No.* 625134/2024

*Address of Plaintiffs: c/o Archer, Byington,*
*Glennon & Levine, LLP*
*534 Broadhollow Road, Suite 430*
*Melville, New York 11747*

**JUDGMENT BY CONFESSION**

**ENTERED: OCT 1 0 2024**
**AT: 9:18 AM**

| | | |
|---|---|---|
| Amount Confessed ................................................... $ | | 1,011,229.02 |
| Balance due upon default (August 16, 2024)................. $ | | 1,010,360.56 |
| Interest from August 16, 2024, to Oct. 9, 2024, at 12%.... $ | | 17,937.18 |
| Liquidated Damages of 20% of principal as of August 16, 2024 .. $ | | 174,778.54 |
| Costs by Statute.................................................... $ | | 15.00 |
| Transcript ................................. two.00 $ | | |
| Fees on Execution..........COST TAXED AT $........... $ | | 15.00 |
| Satisfaction ........................................................ $ | | |
| Filing Fee............................. OCT 1 0 2024 ........ $ | | 210.00 |
| VINCENT PULEO CLERK OF SUFFOLK COUNTY | Sub-Total | $1,203,316.28 |
| Per Diem Interest ($332.17 per day from Oct. 9, 2024) ............. $ | | |
| | Total | $ |

STATE OF NEW YORK, COUNTY OF SUFFOLK

**ATTORNEY'S AFFIRMATION**
        The undersigned, attorney at law of the State of New York, affirms that  he is attorney of record for the plaintiffs herein and states that the disbursements above specified are correct and true and have been or will necessarily be made or incurred herein and are reasonable in amount and affirms this statement to be true under the penalties of perjury.
*Dated:* Melville, New York
        October 9, 2024

                                John H. Byington III
                                534 Broadhollow Road, Suite 430
                                Melville, New York 11747

        JUDGMENT entered the          *day of* OCT 1 0 2024 , 20__.

        *On filing the foregoing affidavit of Confession of Judgment made by the defendant herein, sworn to the _____ day of_____ 20__,*

        *NOW, ON MOTION OF ARCHER, BYINGTON, GLENNON & LEVINE, LLP, attorneys for plaintiffs, it is ADJUDGED that the* PLUMBERS LOCAL 200 WELFARE, PENSION, SUPPLEMENTAL

VESTED ANNUITY, VACATION, APPRENTICESHIP TRAINING AND ADDITIONAL SECURITY BENEFIT FUNDS, *plaintiffs, with principal offices 2121 Fifth Avenue, Ronkonkoma, New York 11779, do recover of ROBERT RUGGIERO, SR., defendant, residing 11 Linden Street, Selden, New York 11784, the sum of $ 1185,179.10  with interest of $ 17,157.18  making a total of $ 1,203,076.28 together with $ 240  in costs and disbursements, amounting in all to the sum of $ 1,203,316.28  and that the plaintiffs have execution therefor*

_____

Clerk

EXHIBIT B

Debtor 1    Robert P Ruggiero, Sr                          Case number *(if known)* _____

☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)          _____
        Value of security:                    - _____
        Unsecured claim                      _____

Contact _____

Contact phone _____

---

| **17** | |
|---|---|

**PLUMBERS LOCAL 1**
50-02 5TH STREET
2ND FLOOR
LONG ISLAND CITY, NY 11101

**What is the nature of the claim?**    **Possible Contingent Liability - Benefit Payments**    **$67,000.00**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)          _____
        Value of security:                    - _____
        Unsecured claim                      _____

Contact _____

Contact phone _____

---

| **18** | |
|---|---|

**PLUMBERS LOCAL 200**
C/O ARCHER BYINGTON
534 BROADHOLLOW ROAD
S 430
MELVILLE, NY 11717

**What is the nature of the claim?**    **11 Linden Street**
**Selden, NY 11784**
**Suffolk County**    **$1,082,316.38**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
■ Yes. Total claim (secured and unsecured)    **$1,203,316.28**
        Value of security:                    - **$650,000.00**
        Unsecured claim                      **$1,082,316.38**

Contact _____

Contact phone _____

---

| **19** | |
|---|---|

**SEAFORD AVENUE CORP**
25 BROOKLYN AVENUE
MASSAPEQUA, NY 11758

**What is the nature of the claim?**    **Possible Contingent Liability - Business Debt**    **$58,820.00**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

---

EXHIBIT C

TO FOLLOW

EXHIBIT D

AC Appraisal International, LTD. (631) 893-0222

| | Main File No. | Page # 2 of 16 |

# RESIDENTIAL APPRAISAL REPORT

File No.:

## SUBJECT

| | | | | |
|---|---|---|---|---|
| Property Address: 11 Linden St | City: Selden | State: NY | Zip Code: 11784 | |
| County: Suffolk | Legal Description: District 200, Section 519.00, Block 2.00, Lot 45.000 | | | |
| | Assessor's Parcel #: 0200519000200045000 | | | |
| Tax Year: 2025 | R.E. Taxes: $ 11,964 | Special Assessments: $ 0 | Borrower (if applicable): | N/A |
| Current Owner of Record: ROBERT & JOAN RUGGIERO | Occupant: ☒ Owner ☐ Tenant ☐ Vacant | | ☐ Manufactured Housing | |
| Project Type: ☐ PUD ☐ Condominium ☐ Cooperative ☐ Other (describe) | | HOA: $ 0 | ☐ per year ☐ per month | |
| Market Area Name: SELDEN | Map Reference: 35004 | Census Tract: 1585.13 | | |

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)

This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective

Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work)

Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)

## ASSIGNMENT

Intended Use: TO ADVISE THE CLIENT AS TO THE MARKET VALUE OF THE SUBJECT PROPERTY FOR BANKRUPTCY PURPOSES.

Intended User(s) (by name or type): BOB RUGGIERO, RICHARD S. FEINSILVER, ESQ.

Client: BOB RUGGIERO    Address: SAME AS ABOVE

Appraiser: ANTHONY CORDARO    Address: 1000 DEER PARK AVENUE, NORTH BABYLON, NY 11703

## MARKET AREA DESCRIPTION

| Location: | ☐ Urban ☒ Suburban ☐ Rural | Predominant Occupancy | One-Unit Housing | | Present Land Use | Change in Land Use | |
|---|---|---|---|---|---|---|---|
| Built up: | ☒ Over 75% ☐ 25-75% ☐ Under 25% | | PRICE $(000) | AGE (yrs) | One-Unit 95 % | ☒ Not Likely | |
| Growth rate: | ☐ Rapid ☒ Stable ☐ Slow | ☒ Owner | | | 2-4 Unit % | ☐ Likely * ☐ In Process * | |
| Property values: | ☐ Increasing ☒ Stable ☐ Declining | ☐ Tenant | 230 Low 0 | | Multi-Unit % | * To: | |
| Demand/supply: | ☒ Shortage ☐ In Balance ☐ Over Supply | ☐ Vacant (0-5%) | 791 High 73 | | Comm'l 5 % | | |
| Marketing time: | ☒ Under 3 Mos. ☐ 3-6 Mos. ☐ Over 6 Mos. | ☐ Vacant (>5%) | 663 Pred 55 | | % | | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends):    THE SUBJECT IS LOCATED IN A RESIDENTIAL NEIGHBORHOOD BUILT UP WITH HOUSES OF SIMILAR QUALITY, UTILITY AND AGE.  THE AREA IS PROXIMATE TO ALL NECESSARY SUPPORTING FACILITIES SUCH AS SCHOOLS, SHOPPING, PUBLIC TRANSPORTATION, EMPLOYMENT AND HIGHWAYS.  GENERAL MARKET CONDITIONS IN THE SUBJECT NEIGHBORHOOD ARE CONSIDERED TO BE AVERAGE.  MORTGAGES ARE CURRENTLY AVAILABLE. LOAN DISCOUNTS, ETC. ARE NOT GENERALLY APPLICABLE IN THIS AREA. SELLERS CONCESSIONS ARE NOT COMMON IN THE AREA.  EXPOSURE TIME FOR THE SUBJECT IS GENERALLY 1 MONTH.  BASED ON A STATISTICAL SEARCH OF ACTUAL SALE AND LISTING DATA IN THE AREA, THE MARKET IS INDICATED AS MOSTLY STABLE. THERE IS A MEDIAN 0-5% LIST TO SALE DIFFERENTIAL.  THIS DATA WAS OBTAINED FROM GEODATA DIRECT, COMPS INC, PUBLIC NEWSPAPERS, LOCAL REALTORS AND LOCAL STATISTICS.

## SITE DESCRIPTION

| | | | |
|---|---|---|---|
| Dimensions: .23 acre | | Site Area: 10,019 sf | |
| Zoning Classification: A1 | | Description: Residential | |
| | | Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning | |
| Are CC&Rs applicable? ☐ Yes ☒ No ☐ Unknown | Have the documents been reviewed? ☐ Yes ☐ No | Ground Rent (if applicable) $ 0/ 0 | |
| Highest & Best Use as improved: ☒ Present use, or ☐ Other use (explain) | | | |

Actual Use as of Effective Date: SINGLE FAMILY RESIDENTIAL    Use as appraised in this report: SINGLE FAMILY RESIDENTIAL

Summary of Highest & Best Use:    AS IMPROVED: SINGLE FAMILY RESIDENTIAL/CURRENT USE.  AS VACANT: DEVELOPMENT OF SINGLE FAMILY HOUSE TO MAX ALLOWABLE ZONING.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | MOSTLY LEVEL |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Circuit Breakers | Street | MACADAM | ☒ | | Size | CONFORMING |
| Gas | ☒ | ☐ | | Curb/Gutter | CONCRETE | ☒ | | Shape | RECTANGULAR |
| Water | ☒ | ☐ | | Sidewalk | CONCRETE | ☒ | | Drainage | APPEARS ADEQUATE |
| Sanitary Sewer | ☐ | ☒ | | Street Lights | INCANDESCENT | ☒ | | View | RESIDENTIAL |
| Storm Sewer | ☐ | ☒ | Cesspool | Alley | NONE | | | | |

Other site elements: ☒ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)

FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X    FEMA Map # 36103C0685H    FEMA Map Date 09/25/2009

Site Comments:    THERE WERE NO ADVERSE ENVIRONMENTAL OR EXTERNAL CONDITIONS NOTED AT THE TIME OF INSPECTION.

## DESCRIPTION OF THE IMPROVEMENTS

| General Description | | Exterior Description | | Foundation | | Basement | ☐ None | Heating | |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | 1 ☐ Acc.Unit | Foundation | CONCRETE | Slab | YES | Area Sq. Ft. | 440 | Type | HW |
| # of Stories | 2.00 | Exterior Walls | BRK/VINYL/AVG | Crawl Space | NONE | % Finished | 0 | Fuel | GAS |
| Type ☒ Det. ☐ Att. | | Roof Surface | ASPHALT/AVG | Basement | PART | Ceiling | WOOD BM | Extra | NONE |
| Design (Style) | SPLIT LEVEL | Gutters & Dwnspts. | ALUMINUM/AVG | Sump Pump | NONE | Walls | CONCRETE | Cooling | |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | | Window Type | DBL HUNG/AVG | Dampness | NONE | Floor | CONCRETE | Central | YES |
| Actual Age (Yrs.) | 52 | Storm/Screens | YES/AVG | Settlement | NONE | Outside Entry | NONE | Other | NONE |
| Effective Age (Yrs.) | 15 | | | Infestation | NONE | Extra | NONE | | |

| Interior Description | | Appliances | | Attic | ☐ None | Amenities | | Car Storage | ☐ None |
|---|---|---|---|---|---|---|---|---|---|
| Floors | CPT/LAM/TILE | Refrigerator | ☒ | Stairs | ☐ | Fireplace(s) # 1 | Woodstove(s) # 0 | Garage | # of cars ( 2 Tot.) |
| Walls | DRYWALL/AVERAGE | Range/Oven | ☒ | Drop Stair | ☐ | Patio | BRK PAVERED | Attach. | |
| Trim/Finish | WOOD/AVERAGE | Disposal | ☐ | Scuttle | ☒ | Deck | NONE | Detach. | |
| Bath Floor | CERAMIC/AVERAGE | Dishwasher | ☒ | Doorway | ☐ | Porch | COVERED | Blt.-In | 1 |
| Bath Wainscot | CERAMIC/AVERAGE | Fan/Hood | ☒ | Floor | ☐ | Fence | WOOD/WIRE | Carport | |
| Doors | WOOD/AVERAGE | Microwave | ☒ | Heated | ☐ | Pool | NONE | Driveway | 1 |
| | | Washer/Dryer | ☒ | Finished | ☐ | | | Surface | ASPHALT |

Finished area above grade contains:    9 Rooms    4 Bedrooms    2.1 Bath(s)    2,537 Square Feet of Gross Living Area Above Grade

Additional features:    COVERED BRICK PAVERED PATIO, COVERED PORCH/PORTICO, SEPARATE HOT WATER STORAGE, FIREPLACE, LAWN IRRIGATION SYSTEM, CENTRAL AIR CONDITIONING.

Describe the condition of the property (including physical, functional and external obsolescence):    THE SUBJECT WAS OBSERVED IN MOSTLY AVERAGE CONDITION AND WELL MAINTAINED WITH NO DEFERRED.  NO FUNCTIONAL, PHYSICAL OR EXTERNAL OBSOLESCENCE WAS NOTED.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP RESIDENTIAL**

# RESIDENTIAL APPRAISAL REPORT

File No.:

**TRANSFER HISTORY**

My research ☒ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s):    Public Records

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing:    NO TRANSFERS WERE FOUND FOR |
|---|---|
| Date: | THE SUBJECT WITHIN 3 YEARS PRIOR TO THE EFFECTIVE DATE OF THIS APPRAISAL. |
| Price: | |
| Source(s): Public Records | |
| 2nd Prior Subject Sale/Transfer | |
| Date: | |
| Price: | |
| Source(s): Public Records | |

**SALES COMPARISON APPROACH TO VALUE (if developed)**  ☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 11 Linden St<br>Selden, NY 11784 | 12 Spruceton St<br>Selden, NY 11784 | | 37 Cherry St<br>Selden, NY 11784 | | 35 Linden St<br>Selden, NY 11784 | |
| Proximity to Subject | | 0.03 miles NW | | 0.11 miles NW | | 0.16 miles SW | |
| Sale Price | $ | | $ 685,000 | | $ 679,800 | | $ 680,000 |
| Sale Price/GLA | $ /sq.ft. | $ 269.26 /sq.ft. | | $ 253.47 /sq.ft. | | $ 262.35 /sq.ft. | |
| Data Source(s) | INTERIOR | MLS# L3568334 | | MLS# L3569885 | | MLS#L3528116 | |
| Verification Source(s) | INSPECTION | ATTOMDATA | | ATTOMDATA | | ATTOMDATA | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | | 0 | 0 | 0 | | 0 | |
| Concessions | | | | | | | |
| Date of Sale/Time | N/A | 10/29/2024 | | 11/01/2024 | | 4/01/2024 | |
| Rights Appraised | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Location | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Site | 10,019 sf | 9,148 sf | 0 | 9,148 sf | 0 | 10,454 sf | 0 |
| View | RESIDENTIAL | RESIDENTIAL | | RESIDENTIAL | | RESIDENTIAL | |
| Design (Style) | SPLIT LEVEL | COLONIAL | | COLONIAL | | SPLIT LEVEL | |
| Quality of Construction | FRAME | FRAME | | FRAME | | FRAME | |
| Age | 57 | 53 | 0 | 53 | 0 | 55 | 0 |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | -15,000 |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 9  4  2.1 | 9  5  2.1 | 0 | 9  5  2.1 | 0 | 9  4  2.1 | 0 |
| Gross Living Area | 2,537 sq.ft. | 2,544 sq.ft. | 0 | 2,682 sq.ft. | -11,000 | 2,592 sq.ft. | 0 |
| Basement & Finished | PT BASEMENT | FULL BASEMENT | -20,000 | FULL BASEMENT | -20,000 | PT BASEMENT | |
| Rooms Below Grade | UNFINISHED | FINISHED/BATH | -30,000 | FINISHED | -20,000 | UNFINISHED | |
| Functional Utility | ADEQUATE | ADEQUATE | | ADEQUATE | | ADEQUATE | |
| Heating/Cooling | ADEQ/CAC | ADEQ/NO CAC | +15,000 | ADEQ/NO CAC | +15,000 | ADEQ/CAC | |
| Energy Efficient Items | NONE | NONE | | NONE | | NONE | |
| Garage/Carport | 1 CAR GARAGE | 1C GAR/2C DW | -5,000 | 1C GAR/2C DW | -5,000 | 2C GAR/2C DW | -15,000 |
| Porch/Patio/Deck | DECK, PORCH | PATIO, PORCH | | PATIO, PORCH | | DECK, PORCH | |
| Extras | FIREPLACE | NONE | +5,000 | NONE | +5,000 | FIREPLACE | |
| Extras | NONE | NONE | | NONE | | NONE | |
| Extras | NONE | NONE | | NONE | | NONE | |
| Days on the Market | N/A | 12 | | 12 | | 7 | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -35,000 | ☐ + ☒ - | $ -36,000 | ☐ + ☒ - | $ -30,000 |
| Adjusted Sale Price | | | | | | | |
| of Comparables | | | $ 650,000 | | $ 643,800 | | $ 650,000 |

Summary of Sales Comparison Approach    DILIGENT RESEARCH OF THE SUBJECT'S MARKET AREA WAS CONDUCTED.  RESEARCH INDICATED
COMPARABLES SALES 1-4 AS THE MOST LOCAL, RECENT, SIMILAR AND OVERALL VERY BEST AVAILABLE IN SUPPORT OF THE SUBJECT'S FINAL VALUE
ESTIMATE.  ALL SALES WERE ADJUSTED FOR RESPECTIVE DIFFERENCES IN AMENITIES.  THE CONDITION OF ALL SALES WAS VERIFIED THOROUGHLY
AND CONDITION ADJUSTMENTS WERE APPLIED ACORDINGLY WHEN NECESSARY.  COMPARABLE SALE #3 HAS AN UPDATED KITCHEN AND WAS
ADJUSTED ACCORDINGLY FOR THIS.  GLA ADJUSTMENTS WERE APPLIED AT $75 PER SF.  EXTRA CAR DRIVEWAY WAS ADJUSTED AT $5,000
ADJUSTMENTS WERE EXTRAPOLATED FROM THE MARKET AND ARE BASED ON THE ACTIONS OF TYPICAL AREA HOMEBUYERS, THEIR AWARENESS
AND WILLINGNESS TO PAY.  NO SUPERIOR ALTERNATIVE SALES WERE FOUND.  ALL SALES WERE AFFORDED EQUAL EMPHASIS

Indicated Value by Sales Comparison Approach $    650,000

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

3/2007

# ADDITIONAL COMPARABLE SALES

File No.:

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | +(-) $ Adjust. | COMPARABLE SALE # 5 | +(-) $ Adjust. | COMPARABLE SALE # 6 | +(-) $ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 11 Linden St Selden, NY 11784 | 24 Linden St Selden, NY 11784 | | | | | |
| Proximity to Subject | | 0.10 miles SW | | | | | |
| Sale Price | $ | $ 758,000 | | $ | | $ | |
| Sale Price/GLA | $ /sq.ft. | $ 269.94 /sq.ft. | | $ /sq.ft. | | $ /sq.ft. | |
| Data Source(s) | INTERIOR | MLS#843546 | | | | | |
| Verification Source(s) | INSPECTION | ACTIVE LISTING | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing Concessions | 0 | 0 | | | | | |
| Date of Sale/Time | N/A | List Date: 4/2/25 | | | | | |
| Rights Appraised | FEE SIMPLE | FEE SIMPLE | | | | | |
| Location | AVERAGE | AVERAGE | | | | | |
| Site | 10,019 sf | 9,148 sf | | | | | |
| View | RESIDENTIAL | RESIDENTIAL | | | | | |
| Design (Style) | SPLIT LEVEL | COLONIAL | | | | | |
| Quality of Construction | FRAME | FRAME | | | | | |
| Age | 57 | 56 | 0 | | | | |
| Condition | AVERAGE | AVERAGE | | | | | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 9 4 2.1 | 9 5 2.1 | 0 | | | | |
| Gross Living Area | 2,537 sq.ft. | 2,808 sq.ft. | -20,000 | sq.ft. | | sq.ft. | |
| Basement & Finished | PT BASEMENT | FULL BASEMENT | -20,000 | | | | |
| Rooms Below Grade | UNFINISHED | FINISHED | -20,000 | | | | |
| Functional Utility | ADEQUATE | ADEQUATE | | | | | |
| Heating/Cooling | ADEQ/CAC | ADEQ/NO CAC | +15,000 | | | | |
| Energy Efficient Items | NONE | NONE | | | | | |
| Garage/Carport | 1 CAR GARAGE | 2C GAR/2C DW | -15,000 | | | | |
| Porch/Patio/Deck | DECK, PORCH | PATIO, PORCH | | | | | |
| Extras | FIREPLACE | NONE | +5,000 | | | | |
| Extras | NONE | NONE | | | | | |
| Extras | NONE | NONE | | | | | |
| Days on the Market | N/A | 28 | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -55,000 | ☐ + ☐ - | $ | ☐ + ☐ - | $ |
| Adjusted Sale Price of Comparables | | | $ 703,000 | | $ | | $ |

Summary of Sales Comparison Approach

SALES COMPARISON APPROACH

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

GP RESIDENTIAL

Form GPRES2.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

3/2007

# RESIDENTIAL APPRAISAL REPORT

File No.:

## COST APPROACH

**COST APPROACH TO VALUE (if developed)**    ☒ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value):    THE COST APPROACH WAS CONSIDERED BUT NOT PERFORMED AS THIS APPROACH TO VALUE IS NOT PARAMOUNT OR ESSENTIAL IN THE PROCESS OF ESTIMATING A MARKET VALUE FOR THE SUBJECT. ESTIMATING DEPRECIATION IS SUBJECTIVE AND SIMILAR VACANT LAND SALES SUITABLE FOR DEVELOPMENT ARE SCARCE.

ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW

Source of cost data:

Quality rating from cost service:    Effective date of cost data:

Comments on Cost Approach (gross living area calculations, depreciation, etc.):    THE COST APPROACH WAS CONSIDERED BUT NOT PERFORMED AS THIS APPROACH TO VALUE IS NOT PARAMOUNT OR ESSENTIAL IN THE PROCESS OF ESTIMATING A VALUE FOR THE SUBJECT. ESTIMATING DEPRECIATION IS SUBJECTIVE AND SIMILAR VACANT LAND SALES SUITABLE FOR DEVELOPMENT ARE SCARCE.

OPINION OF SITE VALUE ............................... =$
DWELLING    Sq.Ft. @ $ .......... =$
           Sq.Ft. @ $ .......... =$
           Sq.Ft. @ $ .......... =$
           Sq.Ft. @ $ .......... =$
           Sq Ft @ $ .......... =$
Garage/Carport    Sq.Ft. @ $ .......... =$
Total Estimate of Cost-New .......... =$
Less    Physical    Functional    External
Depreciation    =$(          )
Depreciated Cost of Improvements .......... =$
"As-is" Value of Site Improvements .......... =$
           .......... =$
           .......... =$
Estimated Remaining Economic Life (if required):    Years    INDICATED VALUE BY COST APPROACH .......... =$

## INCOME APPROACH

**INCOME APPROACH TO VALUE (if developed)**    ☒ The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____    Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM):

## PUD

**PROJECT INFORMATION FOR PUDs (if applicable)**    ☐ The Subject is part of a Planned Unit Development.

Legal Name of Project:

Describe common elements and recreational facilities:

## RECONCILIATION

Indicated Value by: Sales Comparison Approach $    650,000    Cost Approach (if developed) $    Income Approach (if developed) $    N/A

Final Reconciliation    MOST WEIGHT PLACES ON SALES COMPARISON ANALYSIS AS THIS BEST REFLECTS ACTIONS OF TYPICAL AREA BUYERS & SELLERS. COST APPROACH NOT PERFORMED: ESTIMATING DEPRECIATION IS SUBJECTIVE AND THERE ARE FEW LAND SALES SUITABLE FOR DEVELOPMENT. INCOME APPROACH NOT PERFORMED: ONE FAMILY HOMES ARE NOT TYPICALLY PURCHASED FOR INCOME POTENTIAL; THE SUBJECT IS OWNER OCCUPIED. THIS APPRAISAL CONFORMS TO USPAP.

This appraisal is made ☒ "as is",  ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:    APPRAISAL IS FOR VALUATION PURPOSES ONLY: NOT INTENDED FOR ANY OTHER USE. VALUE IS NOT CONTINGENT UPON A REQUESTED MINIMUM/MAXIMUM, SPECIFIC VALUE OR FEE ARRANGEMENT. APPRAISER WAS HIRED AS AN INDEPENDENT AND NEUTRAL PARTY.

☒ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $    650,000    , as of:    4/29/2025    , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report.  See attached addenda.

## ATTACHMENTS

A true and complete copy of this report contains    16    pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

☒ Scope of Work    ☒ Limiting Cond./Certifications    ☐ Narrative Addendum    ☒ Photograph Addenda    ☐ Sketch Addendum
☒ Map Addenda    ☒ Additional Sales    ☐ Cost Addendum    ☐ Flood Addendum    ☐ Manuf. House Addendum
☐ Hypothetical Conditions    ☐ Extraordinary Assumptions    ☐    ☐    ☐

Client Contact:    BOB RUGGIERO    Client Name:    BOB RUGGIERO
E-Mail:    FEINLAWNY@YAHOO.COM    Address:    SAME AS ABOVE

## SIGNATURES

APPRAISER

Appraiser Name:    ANTHONY CORDARO
Company:    AC APPRAISAL INTERNATIONAL, LTD.
Phone:    (631) 893-0222    Fax: (631) 940-0915
E-Mail:    ACAPPRAISAL@OPTONLINE.NET
Date of Report (Signature):    05/01/2025
License or Certification #:    46000035152    State: NY
Designation:    CERTIFIED GENERAL
Expiration Date of License or Certification:    09/26/2026
Inspection of Subject:    ☒ Interior & Exterior    ☐ Exterior Only    ☐ None
Date of Inspection:    4/29/2025

SUPERVISORY APPRAISER (if required)
or CO-APPRAISER (if applicable)

Supervisory or
Co-Appraiser Name:
Company:
Phone:    Fax:
E-Mail:
Date of Report (Signature):
License or Certification #:    State:
Designation:
Expiration Date of License or Certification:
Inspection of Subject:    ☐ Interior & Exterior    ☐ Exterior Only    ☐ None
Date of Inspection:

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP RESIDENTIAL**    Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    3/2007

UNIQUE ID NUMBER
46000035152

*State of New York*
*Department of State*

DIVISION OF LICENSING SERVICES

FOR OFFICE USE ONLY
Control No. 1537406

PURSUANT TO THE PROVISIONS OF ARTICLE 6E OF THE
EXECUTIVE LAW AS IT RELATES TO R.E. APPRAISERS.

EFFECTIVE DATE
MO. | DAY | YR.
09 | 27 | 23

CORDARO ANTHONY S
C/O AC APPRAISAL INTERNATIONAL
1000 DEER PARK AVE
NORTH BABYLON, NY  11703

EXPIRATION DATE
MO. | DAY | YR.
09 | 26 | 25

HAS BEEN DULY CERTIFIED TO TRANSACT BUSINESS AS A
R.E. GENERAL APPRAISER

In Witness Whereof, The Department of State has caused
its official seal to be hereunto affixed.

ROBERT J. RODRIGUEZ
SECRETARY OF STATE

DOS-1096 (Rev. 3/01)

**E&O Insurance**



**GREATAMERICAN**
INSURANCE GROUP
301 E. Fourth Street, Cincinnati, OH 45202

**DECLARATIONS**
for
REAL ESTATE PROFESSIONAL
ERRORS & OMISSIONS INSURANCE POLICY

## THIS IS A CLAIMS MADE INSURANCE POLICY.

THIS POLICY APPLIES ONLY TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST AN INSURED DURING THE POLICY PERIOD OR ANY EXTENDED REPORTING PERIOD. THE POLICY PROVIDES NO COVERAGE FOR CLAIMS ARISING OUT OF ACTS OR OMISSIONS IN THE PERFORMANCE OF REAL ESTATE PROFESSIONAL SERVICES WHICH TOOK PLACE PRIOR TO THE RETROACTIVE DATE.

COVERAGE UNDER THE POLICY CEASES UPON TERMINATION OF THE POLICY, EXCEPT FOR AUTOMATIC EXTENDED REPORTING PERIOD COVERAGE, UNLESS THE NAMED INSURED PURCHASES OPTIONAL EXTENDED REPORTING COVERAGE. THE POLICY PROVIDES FOR AUTOMATIC EXTENDED REPORTING PERIOD COVERAGE OF 60 DAYS. OPTIONAL EXTENDED REPORTING PERIOD COVERAGE OF 1, 2 OR 3 YEARS AND OTHER EXTENDED REPORTING PERIODS MAY BE AVAILABLE FOR AN UNLIMITED DURATION OF TIME AFTER THE TERMINATION OF THE POLICY. IF THERE IS NO UNLIMITED EXTENDED REPORTING PERIOD, POTENTIAL COVERAGE GAPS MAY ARISE AT THE EXPIRATION OF ANY APPLICABLE EXTENDED REPORTING PERIOD.

DURING THE FIRST SEVERAL YEARS OF THE CLAIMS MADE RELATIONSHIP, CLAIMS-MADE RATES ARE COMPARATIVELY LOWER THAN OCCURRENCE RATES AND THE NAMED INSURED MAY EXPECT SUBSTANTIAL ANNUAL PREMIUM INCREASES, INDEPENDENT OF THE OVERALL RATE LEVEL INCREASES, UNTIL THE CLAIMS-MADE RELATIONSHIP REACHES MATURITY.

Insurance is afforded by the company indicated below  (A capital stock corporation)

☒   Great American Insurance Company

Note:  The Insurance Company selected above shall herein be referred to as the **Company**

Policy Number:  RAB4887644-25                 Renewal of:  RAB4887644-24

Program Administrator:  Herbert H. Landy Insurance Agency Inc.
                        100 River Ridge Drive, Suite 301, Norwood, MA 02062

Item 1   Named Insured:   AC Appraisal International, Ltd.

Item 2.  Address          1000 Deer Park Avenue

         City, State, Zip Code:   North Babylon, NY 11703

         Attn:

Item 3  Policy Period  From    02/26/2025      To   02/26/2026
                       (Month, Day, Year)   (Month, Day, Year)
         (Both dates at 12:01 a.m. Standard Time, at the address of the Named Insured as stated in Item 2.)

Item 4  Limits of Liability    (may be reduced by up to 50% by claim expenses):
                               A.  $1,000,000  Limit of Liability - Each Claim
                               B.  $1,000,000  Limit of Liability - Policy Aggregate

RAB4884 NY (06/21)                                              Page 1 of 2

EXHIBIT E

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Robert P Ruggiero, Sr** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **11 Linden Street Selden, NY 11784 Suffolk County** <br> Line from *Schedule A/B*: **1.1** | $650,000.00 | ■ $204,825.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5206 |
| **2000 Cadillac GTI 150000 miles** <br> Line from *Schedule A/B*: **3.1** | $7,500.00 | ■ $5,500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5205(a)(8) |
| **Misc Furniture and Small Appliances** <br> Line from *Schedule A/B*: **6.1** | $5,000.00 | ■ $5,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5205(a)(5) |
| **Clothing** <br> Line from *Schedule A/B*: **11.1** | $750.00 | ■ $750.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5205(a)(5) |
| **Watch and Other Personal Property** <br> Line from *Schedule A/B*: **12.1** | $1,500.00 | ■ $1,500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5205(a)(6) |

EXHIBIT F

## LIQUIDATION ANALYSIS

| | |
|---|---|
| MARKET VALUE | $650,000.00 |
| DEBTOR'S SHARE OF EQUITY | $325,000.00 |
| NON-FILING SPOUSE'S SHARE OF EQUITY | $325,000.00 |
| HOMESTEAD EXEMPTION CLAIMED BY THE DEBTOR | $204,825.00 |
| NON-EXEMPT EQUITY | $120,175.00 |

EXHIBIT G

Fill in this information to identify the case:

Debtor 1    ROBERT P. RUGGIERO, SR

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Eastern District of New York

Case number    25-70416-LAS

Official Form 410

# Proof of Claim

12/24

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:    Identify the Claim

**1. Who is the current creditor?**
Plumbers Local Union No. 200 Welfare Fund, Pension Fund, Supplemental Vested Annuity Fund, Vacation Fund, Apprenticeship Training Fund and Additional Security Benefit Fund
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Archer, Byington, Glennon & Levine, LLP
Name
534 Broadhollow Road, Suite 430
Number    Street
Melville        NY        11747
City        State        ZIP Code

Contact phone 631-249-6565

Contact email   jbyington@abgllaw.com

Where should payments to the creditor be sent? (if different)

Plumbers Local Union No. 200 Receipts Account
Name
2121 Fifth Avenue
Number    Street
Ronkonkoma        NY        11779
City        State        ZIP Code

Contact phone 631-739-0020

Contact email jbyington@abgllaw.com

Uniform claim identifier (if you use one):

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on ___/___/_____
        MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

**Part 2:    Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |
| 7. How much is the claim? | $ _____ 1,236,843.38  Does this amount include interest or other charges?<br>☐ No<br>☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><u>Judgment for unpaid employee fringe benefit contributions and wage deductions</u> |

| | |
|---|---|
| 9. Is all or part of the claim secured? | ☐ No<br>☑ Yes. The claim is secured by a lien on property.<br><br>Nature of property:<br>☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>Basis for perfection: <u>Judgment entered in the Supreme Court, Suffolk County</u><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Value of property: $ _____ 650,000.00<br>Amount of the claim that is secured: $ _____ 650,000.00<br>Amount of the claim that is unsecured: $ _____ 586,843.38 (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>Amount necessary to cure any default as of the date of the petition: $ _____ 1,236,843.38<br><br>Annual Interest Rate (when case was filed) _9.00_ %<br>☑ Fixed<br>☐ Variable |
| 10. Is this claim based on a lease? | ☑ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____ |
| 11. Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ |

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

Amount entitled to priority

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).   $_____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).   $_____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).   $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).   $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).   $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.   $_____

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  02-26-2025
                  MM / DD / YYYY

Signature: *Dolores Blake*

Print the name of the person who is completing and signing this claim:

| | | | |
|---|---|---|---|
| Name | Dolores | | Blake |
| | First name | Middle name | Last name |
| Title | Administrator | | |
| Company | Plumbers Local Union No. 200 Fringe Benefit Funds | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 2121 Fifth Avenue | | |
| | Number    Street | | |
| | Ronkonkoma | NY | 11779 |
| | City | State | ZIP Code |
| Contact phone | 631-739-0020 | Email | jbyington@abgllaw.com |

# ATTACHMENT TO PROOF OF CLAIM
## Itemization for account

Principal (judgment entered October 10, 2024)..........................................................$1,203,316.28

Interest (N.Y. CPLR §5004: 9% to January 31, 2025)..............................................$33,527.10

Fees ......................................................................................................................................$0.00

Expenses .............................................................................................................................$0.00

Other Charges ...................................................................................................................$0.00

Total ..............................................................................................................$1,236,843.38

788801

# Mortgage Proof of Claim Attachment

(12/15)

If you file a claim secured by a security interest in the debtor's principal residence, you must use this form as an attachment to your proof of claim. See separate instructions.

## Part 1: Mortgage and Case Information

| | |
|---|---|
| Case number: | 25-70416-LAS |
| Debtor 1: | Robert P. Ruggiero, Sr. |
| Debtor 2: | |
| Last 4 digits to identify: | 9279 |
| Creditor: | PLU Fringe Benefit Funds |
| Servicer: | N/A |
| Fixed accrual/daily simple interest/other: | $296.70 per day |

## Part 2: Total Debt Calculation

| | |
|---|---|
| Principal balance: | $1,203,316.28 |
| Interest due: | $33,527.10 |
| Fees, costs due: | N/A |
| Escrow deficiency for funds advanced: | N/A |
| Less total funds on hand: | – N/A |
| Total debt: | $1,236,843.38 |

## Part 3: Arrearage as of Date of the Petition

| | |
|---|---|
| Principal & interest due: | $1,236,843.38 |
| Prepetition fees due: | N/A |
| Escrow deficiency for funds advanced: | N/A |
| Projected escrow shortage: | N/A |
| Less funds on hand: | – N/A |
| Total prepetition arrearage: | $1,236,843.38 |

## Part 4: Monthly Mortgage Payment

| | |
|---|---|
| Principal & interest: | N/A |
| Monthly escrow: | N/A |
| Private mortgage insurance: | N/A |
| Total monthly payment: | N/A |

## Part 5: Loan Payment History from First Date of Default

| | Account Activity | | | | | | How Funds Were Applied/Amount Incurred | | | | | Balance After Amount Received or Incurred | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin. int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re

ROBERT P RUGGIERO SR                          Chapter 11
                                              Case # 24-70416-las

                        Debtor
-------------------------------------------------------X

      The undersigned attorney, duly admitted to practice before this Court, affirms the following to be true under the penalties of perjury:

      That he is the attorney for the debtor in the instant case.

      That on the 5th day of May 2025, your affiant served a true copy of the Amended Notice of Motion and Supporting Documents in this action upon:

Office of the United States Trustee, Attn Christine Black Esq., 560 Federal Plaza, Central Islip NY 11722
Plumbers Local Union No 200, 2121 Fifth Avenue Ronkonkoma NY 11779
Archer Byington Glennon, 534 Broadhollow Road, Suite 430, Melville NY 11747

the address(es) designated by said attorney and party for that purpose by depositing a true copy of same to each attorney and party, enclosed in a post paid properly addressed wrapper, in an official depository, VIA FIRST CLASS MAIL, under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: May 5, 2025
    Carle Place, New York

                      s/Richard S. Feinsilver
                      RICHARD S. FEINSILVER