UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re                                                                    Chapter 11

     ROBERT P. RUGGIERO SR

             DEBTOR

                                                    Case# 25-70416-las

-------------------------------------------------------------X

## NOTICE OF DEBTOR'S MOTION FOR AN ORDER REDUCING PROOFS OF CLAIM 20, 21, 22 and 23 FILED BY PLUMBERS LOCAL UNION No 200 AND ITS AFFILIATES TOGETHER WITH RELATED RELIEF

**PLEASE TAKE NOTICE,** that upon the Application dated May 12, 2025 (the

"Application") of Robert P. Ruggiero Sr ("Debtor"), the Debtor and Debtor-in-Possession herein,

a motion will be made before the Honorable Louis A. Scarcella, United States Bankruptcy Judge,

in his courtroom at the United States Bankruptcy Court, 290 Federal Plaza, Room 970, Central

Islip, New York 11722, on the 12th day of June 2025, at 10:00 a.m. or as soon thereafter as

counsel may be heard, for an order: pursuant to sections 105, 502 and 522(f) of the Bankruptcy

Code and Rules 2002, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure

("Bankruptcy Rules"), (a) modifying and reducing the aggregate amounts stated on proofs of

claim 20, 21, 22 and 23, all filed by Plumbers Local Union No. 200 and its affiliates by the

amount of $370,000.00 and granting such other and further relief as may be just and proper.

**PLEASE TAKE FURTHER NOTICE,** that a copy of the complete Application is on

file with the Bankruptcy Court at the address set forth below and may be reviewed during the

Court's regular business hours or may be obtained by contacting Debtor's counsel, the Law

Office of Richard S. Feinsilver, Esq., One Old Country Road, Suite 347, Carle Place, New York

11514, telephone 516-873-6330, Attention: Richard S. Feinsilver, Esq., and requesting same.

**PLEASE TAKE FURTHER NOTICE,** that, the hearing SHALL be held in person unless an appearance by other means is approved in advance by the Court. Those intending to appear at the hearing must register to appear no later than two days prior to the hearing. Instructions for registration can be found at https://ecf.nyeb.uscourts.gov/.

**PLEASE TAKE FURTHER NOTICE,** that objections, if any, to the Application must be in writing, must conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court, and must be filed with the Bankruptcy Court electronically by registered users of the Bankruptcy Court's Electronic Court Filing System and by all other parties in interest on a 3.5 disk, preferably in Portable Document Format ("PDF"), Microsoft Word or other Windows-based word processing format with a copy to be served upon the Law Offices of Richard S. Feinsilver, Esq., One Old Country Road, Suite 347, Carle Place, New York 11514, telephone 516-873-6330, Attention: Richard S. Feinsilver, Esq., attorney for the Debtor, and the Office of the United States Trustee, 560 Federal Plaza, Central Islip New York 11722 Attn. Christine H Black, Esq., so as to be received not later than 4:00 p.m. seven days prior to the hearing date.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the motion may be adjourned without notice other than an announcement in open Court.

Dated: Carle Place, New York
      May 12, 2025

                By      /s/ Richard S. Feinsilver
                        Richard S. Feinsilver, Esq.
                        Attorney for Debtor and Debtor in Possession
                        One Old Country Road, Suite 347
                        Carle Place, New York 11514
                        516-873-6330

UNITED STATES BANKRUPTCY COURT          Case No: 25-70416-las
EASTERN DISTRICT OF NEW YORK            Chapter 11
-----------------------------------X
In Re:

ROBERT P. RUGGIERO SR                  <u>AFFIRMATION IN SUPPORT</u>

                        Debtor
-----------------------------------X


        RICHARD S. FEINSILVER, an attorney duly admitted to practice
before this Court, affirms the following:


        1.    I am the attorney for the above captioned debtor and I am
fully familiar with the facts and circumstances surrounding this case.


        2.    This affirmation is made pursuant to Bankruptcy Rules 3002,
3007 and 9006, in support of debtor's objection to proofs of claim 20,
21, 22, and 23 filed by Plumbers Local Union No. 200 and its affiliate
funds ("collectively "Local 200") on the basis that said claims do not
reflect the any setoff or credit for the payment of a claim on a bond
issued by U.S. Specialty Insurance Company on behalf of ARA Plumbing
Corp., the debtor's prior business, for the benefit of Local 200, on
February 4, 2025, in the amount of $370,000.00. Copies of the
respective claims are annexed hereto as Exhibit A.


        3.  The individual debtor in the Chapter 11 case was the
principal and designated responsible party of ARA Plumbing Corp
relating to unpaid fringe and pension benefits to the various funds
named as creditors on the underlying proofs of claim.


        4.  Upon information and belief, prior to the petition date,
claims were made under the bond by Local 200 relating to unpaid
benefit and pension deposits which were to have been made by ARA
Plumbing Corp.

5.  On February 4, 2025, a payment of $370,000.00 was made to Local 200 under the subject bond (Exhibit B).  Upon information and belief, these funds were not accounted for in the preparation of the subject proofs of claim.

6.  Based upon the foregoing, absent the production and submission of evidence to the contrary, the subject proofs of claim must be reduced proportionally to account for this payment under the bond.

7.  It must also be noted that the bonding company has appeared in this case and, on March 19, 2025, filed claim #25 as a general unsecured claim in the amount of $377,197.50. (Exhibit C).

WHEREFORE, your affiant requests that aggregate amounts stated on the respective proofs of claim filed by Local 200 in this case be reduced by a total of $370,000.00; and that this Court grant such other and further relief as it deems just and proper.

Dated: Carle Place, New York
      May 12, 2025                    s/Richard S. Feinsilver

                                                RICHARD S. FEINSILVER
One Old Country Road, Suite 347
Carle Place, New York 11514
(516) 873-6330

EXHIBIT A

Fill in this information to identify the case:

Debtor 1    ROBERT P. RUGGIERO, SR

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  Eastern District of New York

Case number  25-70416-LAS

## Official Form 410

# Proof of Claim

12/24

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:   Identify the Claim

**1. Who is the current creditor?**

Plumbers Local Union No. 200 Pension Fund
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes.  From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Archer, Byington, Glennon & Levine, LLP
Name

534 Broadhollow Road, Suite 430
Number      Street

Melville          NY        11747
City              State       ZIP Code

Contact phone  631-249-6565

Contact email  jbyington@abgllaw.com

Where should payments to the creditor be sent? (if different)

Plumbers Local Union No. 200 Benefit Funds
Name

2121 Fifth Avenue
Number      Street

Ronkonkoma        NY        11779
City              State       ZIP Code

Contact phone  631-739-0020

Contact email  jbyington@abgllaw.com

Uniform claim identifier (if you use one):

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____

Filed on _____
          MM  / DD   / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$ 109,808.40. Does this amount include interest or other charges?

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

unpaid fringe benefit contributions March 2024 - November 2024

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $ _____

Amount of the claim that is secured: $ _____

Amount of the claim that is unsecured: $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $ _____

Annual Interest Rate (when case was filed) _____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

❑ No

☑ Yes. *Check one:*

Amount entitled to priority

❑ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

$ _____

❑ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

$ _____

❑ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

$ _____

❑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

$ _____

☑ Contributions to an employee benefit plan, 11 U.S.C. § 507(a)(5).

$ 68,826.46

❑ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.

$ _____

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:    Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.

❑ I am the creditor's attorney or authorized agent.

❑ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

❑ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  03 / 18 / 2025
MM / DD / YYYY

Signature: *Dolores Blake*

Print the name of the person who is completing and signing this claim:

| Name | Dolores | Blake |
|---|---|---|
| | First name | Middle name | Last name |

Title      Administrator

Company    Plumbers Local Union No. 200 Fringe Benefit Funds
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    2121 Fifth Avenue
Number    Street

Ronkonkoma      NY      11779
City      State    ZIP Code

Contact phone    631-739-0020      Email    jbyington@abgllaw.com

**Fill in this information to identify the case:**

Debtor 1   ROBERT P. RUGGIERO, SR

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Eastern District of New York

Case number   25-70416-LAS

## Official Form 410

# Proof of Claim

12/24

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:   Identify the Claim

**1. Who is the current creditor?**

Plumbers Local Union No. 200 Welfare Fund
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Archer, Byington, Glennon & Levine, LLP
Name

534 Broadhollow Road, Suite 430
Number   Street

Melville        NY        11747
City        State        ZIP Code

Contact phone   631-249-6565

Contact email   jbyington@abgllaw.com

Where should payments to the creditor be sent? (if different)

Plumbers Local Union No. 200  Benefit Funds
Name

2121 Fifth Avenue
Number   Street

Ronkonkoma        NY        11779
City        State        ZIP Code

Contact phone   631-739-0020

Contact email   jbyington@abgllaw.com

Uniform claim identifier (if you use one):

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

**Part 2:   Give Information About the Claim as of the Date the Case Was Filed**

6. **Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ _____ _____ _____

7. **How much is the claim?**   $ _____ 244,003.67 **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

unpaid fringe benefit contributions March 2024 - November 2024

9. **Is all or part of the claim secured?**

☑ No

☐ Yes.   The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**   $ _____

**Amount of the claim that is secured:**   $ _____

**Amount of the claim that is unsecured:**   $ _____   (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $ _____

**Annual Interest Rate** (when case was filed) _____ %

☐ Fixed

☐ Variable

10. **Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.   $ _____

11. **Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. Check one:

|  |  | Amount entitled to priority |
|---|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| ☑ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ 153,219.17 |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ |

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 03 / 19 / 2025
MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

| Name | Dolores | | Blake |
|---|---|---|---|
| | First name | Middle name | Last name |

Title: Administrator

Company: Plumbers Local Union No. 200 Fringe Benefit Funds
Identify the corporate servicer as the company if the authorized agent is a servicer.

| Address | 2121 Fifth Avenue | | | |
|---|---|---|---|---|
| | Number | Street | | |
| | Ronkonkoma | | NY | 11779 |
| | City | | State | ZIP Code |

Contact phone: 631-739-0020    Email: jbyington@abgllaw.com

**Fill in this information to identify the case:**

Debtor 1    ROBERT P. RUGGIERO, SR

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  Eastern District of New York

Case number   25-70416-LAS

## Official Form 410

# Proof of Claim

12/24

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Plumbers Local Union No. 200 Apprenticeship Training Fund
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Archer, Byington, Glennon & Levine, LLP
Name

534 Broadhollow Road, Suite 430
Number       Street

Melville          NY          11747
City               State       ZIP Code

Contact phone 631-249-6565

Contact email jbyington@abgllaw.com

Where should payments to the creditor be sent? (if different)

Plumbers Local Union No. 200 Benefit Funds
Name

2121 Fifth Avenue
Number       Street

Ronkonkoma       NY          11779
City               State       ZIP Code

Contact phone 631-739-0020

Contact email jbyington@abgllaw.com

Uniform claim identifier (if you use one):

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
          MM  / DD   / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

**Part 2:    Give Information About the Claim as of the Date the Case Was Filed**

6. Do you have any number you use to identify the debtor?

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

7. How much is the claim?    $ _____ 19,466.18 . Does this amount include interest or other charges?

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

unpaid fringe benefit contributions March 2024 - November 2024

9. Is all or part of the claim secured?

☑ No

☐ Yes.   The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:    $ _____

Amount of the claim that is secured:    $ _____

Amount of the claim that is unsecured:  $ _____    (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:    $ _____

Annual Interest Rate (when case was filed) _____ %

☐ Fixed

☐ Variable

10. Is this claim based on a lease?

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.    $ _____

11. Is this claim subject to a right of setoff?

☑ No

☐ Yes. Identify the property. _____

12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?

☐ No

☑ Yes. *Check one:*                                                                                 Amount entitled to priority

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).                     $ _____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).      $ _____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).                                $ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $ _____

☑ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).      $ _____12,887.23

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.      $ _____

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑  I am the creditor.

☐  I am the creditor's attorney or authorized agent.

☐  I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐  I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   03 / 18 / 2025
                  MM / DD / YYYY

*Dolores Blake*
Signature

Print the name of the person who is completing and signing this claim:

| | | | |
|---|---|---|---|
| Name | Dolores | | Blake |
| | First name | Middle name | Last name |
| Title | Administrator | | |
| Company | Plumbers Local Union No. 200 Fringe Benefit Funds | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 2121 Fifth Avenue | | |
| | Number       Street | | |
| | Ronkonkoma | NY | 11779 |
| | City | State    ZIP Code | |
| Contact phone | 631-739-0020 | Email | jbyington@abgllaw.com |

**Fill in this information to identify the case:**

Debtor 1    ROBERT P. RUGGIERO, SR

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Eastern District of New York

Case number   25-70416-LAS

## Official Form 410

# Proof of Claim

12/24

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1:    Identify the Claim

| | |
|---|---|
| 1   Who is the current creditor? | **Plumbers Local Union No. 200 Additional Security Benefit Fund** <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor |
| 2.   Has this claim been acquired from someone else? | ☑ No <br> ☐ Yes.  From whom? |

3.   Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Archer, Byington, Glennon & Levine, LLP
Name

534 Broadhollow Road, Suite 430
Number      Street

Melville            NY          11747
City                State        ZIP Code

Contact phone  631-249-6565

Contact email  jbyington@abgllaw.com

**Where should payments to the creditor be sent? (if different)**

Plumbers Local Union No. 200 Benefit Funds
Name

2121 Fifth Avenue
Number      Street

Ronkonkoma          NY          11779
City                State        ZIP Code

Contact phone  631-739-0020

Contact email  jbyington@abgllaw.com

Uniform claim identifier (if you use one): — — — — — — — — — — — — — — — — — — — —

| | |
|---|---|
| 4.   Does this claim amend one already filed? | ☑ No <br> ☐ Yes.  Claim number on court claims registry (if known) _____     Filed on _____ <br> MM / DD / YYYY |
| 5.   Do you know if anyone else has filed a proof of claim for this claim? | ☑ No <br> ☐ Yes.  Who made the earlier filing? |

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**  $_____11,148.75_ . **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

unpaid fringe benefit contributions March 2024 - November 2024

**9. Is all or part of the claim secured?**

☑ No

☐ Yes.  The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**  $_____

**Amount of the claim that is secured:**  $_____

**Amount of the claim that is unsecured:**  $_____  (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**  $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.  $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

**Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

$ _____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

$ _____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

$ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

$ _____

☑ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

$ 7,020.30

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.

$ _____

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  03 / 18 / 2025
                  MM / DD / YYYY

Signature: *Dolores Blake*

**Print the name of the person who is completing and signing this claim:**

| | | |
|---|---|---|
| Name | Dolores | Blake |
| | First name    Middle name | Last name |

Title       Administrator

Company    Plumbers Local Union No. Fringe Benefit Funds
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    2121 Fifth Avenue
           Number    Street

           Ronkonkoma                          NY        11779
           City                                State     ZIP Code

Contact phone    631-739-0020        Email    jbyington@abgllaw.com



EXHIBIT B



**TOKIO MARINE**
**HCC**

Surety Group
801 S. Figueroa Street Suite 700
Los Angeles, CA 90017 USA
Tel: 310-849-0890

**Via Certified Mail**

February 4, 2025

Plumbers Local Union No. 200 Fringe Benefit Funds
2121 Fifth Avenue
Ronkonkoma, New York 11779

| Re: | Surety | : | **U.S. Specialty Insurance Company** |
|---|---|---|---|
| | Principal | : | **ARA Plumbing Corp.** |
| | Bond No. | : | **1001054971** |
| | Claim No. | : | **AC72152** |
| | Claimant | : | **Plumbers Local Union No. 200** |
| | Your file no. | : | **25159HR.51** |

Dear Plumbers Local Union No 200:

On behalf of U.S. Specialty Insurance Company, we enclose check number 353694 in the amount of $370,000.00, in satisfaction of the claim made against the bond we issued to ARA Plumbing Corp.

Best regards,

*Anna Noveman*

**Anna Noveman, Esq.**
VP, Bond Claims Director
Tokio Marine HCC – Surety Group
anoveman@tmhcc.com
Tel: 310-242-2980
tmhcc.com/surety

**U.S. SPECIALTY INSURANCE CO** Member of HCC Surety Group
*Claims Disbursement Account*
**Check No: 0000353694**          **Check Amount: $370,000.00**          **Check Date: 2/4/2025**

Vendor ID/Vendor Name: 1180182987/ PLUMBERS LOCAL UNION NO 200 FRINGE BENEFIT RECEIPT ACCOUNT

| CLAIM NUMBER | BOND NUMBER | PRINCIPAL | INVOICE DATE | INVOICE AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 72152-1_482768 | 1001054071 | ARA PLUMBING CORP | 2/4/2025 | 370,000.00 | Any and All Claims, Full and Final Settlement |

| | | |
|---|---|---|
| PLUMBERS LOCAL UNION NO 200 FRINGE BENEFIT RECEIPT ACCOUNT 2121 FIFTH AVENUE RONKONKOMA, NY 11779 | **Stub Total** | **$370,000.00** |

**U.S. SPECIALTY INSURANCE CO** Member of HCC Surety Group
*Claims Disbursement Account*
**Check No: 0000353694**          **Check Amount: $370,000.00**          **Check Date: 2/4/2025**

Vendor ID/Vendor Name: 1180182987/ PLUMBERS LOCAL UNION NO 200 FRINGE BENEFIT RECEIPT ACCOUNT

| CLAIM NUMBER | BOND NUMBER | PRINCIPAL | INVOICE DATE | INVOICE AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 72152-1_482768 | 1001054071 | ARA PLUMBING CORP | 2/4/2025 | 370,000.00 | Any and All Claims, Full and Final Settlement |

| | | |
|---|---|---|
| | **Stub Total** | **$370,000.00** |

---

Check No  **0000353694**

**TOKIO MARINE HCC**

**U.S. SPECIALTY INSURANCE CO**
Member of HCC Surety Group
*Claims Disbursement Account*
801 SOUTH FIGUEROA STREET SUITE 700
LOS ANGELES, CA 90017

WELLS FARGO BANK, NA

56-382/412

Void After 180 Days

**Date**      2/4/2025

**Amount**          ***$370,000.00**

PAY      ****THREE HUNDRED SEVENTY THOUSAND AND XX/100 DOLLARS****

TO THE ORDER OF      PLUMBERS LOCAL UNION NO 200 FRINGE BENEFIT RECEIPT ACCOUNT
2121 FIFTH AVENUE
RONKONKOMA, NY 11779

*Thomas E. West*
Authorized Signature

⑈0000353694⑈ ⑆041203824⑆ 967145113⑈


EXHIBIT C

Debtor 1    ROBERT P. RUGGIERO, SR.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  Eastern District of New York

Case number  25-70416-las

## Official Form 410

# Proof of Claim

12/24

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:  Identify the Claim

**1. Who is the current creditor?**

U.S. SPECIALTY INSURANCE COMPANY
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Adam P. Friedman
Name

CSG 105 Eisenhower Parkway
Number      Street

Roseland            NJ        07068
City            State      ZIP Code

Contact phone (973) 325-1500

Contact email afriedman@csglaw.com

Where should payments to the creditor be sent? (if different)

_____
Name

_____
Number      Street

_____
City            State      ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____     Filed on _____
                                                                    MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$_____ 377,197.50 . **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

obligation pursuant to written agreement of indemnity_____

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____

Amount of the claim that is secured: $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
|---|---|---|
| | ☐ Yes. *Check one:* | **Amount entitled to priority** |

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).　　　$_____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).　　　$_____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).　　　$_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).　　　$_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).　　　$_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.　　　$_____

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date　03/19/2025
　　　　　　　　　MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Adam P Friedman | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Attorney | | |
| Company | U.S. Specialty Insurance Company | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 105 Eisenhower Parkway | | |
| | Number　　　Street | | |
| | Roseland | NJ | 07068 |
| | City | State | ZIP Code |
| Contact phone | (973) 325-1500 | Email | afriedman@csglaw.com |

*In re Robert P. Ruggiero, Sr.*
Case No.: 25-70416-las

<u>Supplement to claim of U.S. Specialty Insurance Company</u>

| | |
|---|---|
| Payment of bond claim of Local 200 funds: | $370,000.00 |
| Title searches: | 871.00 |
| Attorney's fees through January 31, 2025: | 6,326.50 |
| | |
| **Total claim:** | **<u>$377,197.50</u>** |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X     CHAPTER 11
IN RE:

    ROBERT P. RUGGIERO SR          Case No.: 25-70416

              Debtor.      AFFIRMATION OF SERVICE


----------------------------------------X

The undersigned attorney, duly admitted to practice before this Court,
affirms the following to be true under the penalties of perjury:

1. That he is the attorney for the debtor in the instant case.

2. That on the 13th day of May, 2025 your affiant served a copy of the
within Notice of Motion and Supporting Documents upon:

Office of the United States Trustee, 560 Federal Plaza, Central Islip
NY 11722
Plumbers Local Union No 200, 2121 Fifth Avenue, Ronknokoma NY 11779
Archer Byington, 534 Broadhollow Road, S 430, Melville NY 11747


the address(es) designated by said attorney and party for that purpose
by depositing a true copy of same to each attorney and party, enclosed
in a post paid properly addressed wrapper, in an official depository
under the exclusive care and custody of the United States Postal
Service within the State of New York.

Dated: May 13, 2025
      Carle Place, New York
                        s/Richard S. Feinsilver

                        _____
                        RICHARD S. FEINSILVER (RF5531)