UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re                                                    Chapter 11

ROBERT P. RUGGIERO SR
                                                         Case # 25-70416-las
                    DEBTOR
-------------------------------------------------------X

## NOTICE OF DEBTOR'S SECOND MOTION FOR AN ORDER REDUCING PROOFS OF CLAIM 20, 21, 22 and 23 FILED BY PLUMBERS LOCAL UNION No 200 AND ITS AFFILIATES TOGETHER WITH RELATED RELIEF

PLEASE TAKE NOTICE, that upon the Application dated July 3, 2025 (the "Application") of Robert P. Ruggiero Sr ("Debtor"), the Debtor and Debtor-in-Possession herein, a motion will be made before the Honorable Louis A. Scarcella, United States Bankruptcy Judge, in his courtroom at the United States Bankruptcy Court, 290 Federal Plaza, Room 970, Central Islip, New York 11722, on the 4th day of September 2025, at 10:00 a.m. or as soon thereafter as counsel may be heard, for an order: pursuant to sections 105, 502 and 522 of the Bankruptcy Code and Rules 2002, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), (a) modifying and reducing the aggregate amounts stated on proofs of claim 20, 21, 22 and 23, all filed by Plumbers Local Union No. 200 and its affiliates by the amount of $61,229.00 and granting such other and further relief as may be just and proper.

PLEASE TAKE FURTHER NOTICE, that a copy of the complete Application is on file with the Bankruptcy Court at the address set fol1ih below and may be reviewed during the Court's regular business hours or may be obtained by contacting Debtor's counsel, the Law Office of Richard S. Feinsilver, Esq., One Old Count1y Road, Suite 347, Carle Place, New York 11514, telephone 516-873-6330, Attention: Richard S. Feinsilver, Esq., and requesting same.

PLEASE TAKE FURTHER NOTICE, that, the hearing SHALL be held in person unless an appearance by other means is approved in advance by the Court. Those intending to appear at the hearing must register to appear no later than two days prior to the hearing.

Instructions for registration can be found at https://ecf.nyeb.uscourts.gov/.

PLEASE TAKE FURTHER NOTICE, that objections, if any, to the Application must be in writing, must conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court, and must be filed with the Bankruptcy Court electronically by registered users of the Bankruptcy Court's Electronic Court Filing System and by all other parties in interest on a 3.5 disk, preferably in Portable Document Format ("PDF"), Microsoft Word or other Windows-based word processing format with a copy to be served upon the Law Offices of Richard S. Feinsilver, Esq., One Old Country Road, Suite 347, Carle Place, New York 11514, telephone 516-873-6330, Attention: Richard S. Feinsilver, Esq., attorney for the Debtor, and the Office of the United States Trustee, 560 Federal Plaza, Central Islip New York 11722 Attn. Christine H Black, Esq., so as to be received not later than 4:00 p.m. seven days prior to the hearing date.

PLEASE TAKE FURTHER NOTICE that the hearing on the motion may be adjourned without notice other than an announcement in open Court.

Dated: Carle Place, New York
July 3, 2025

/s/ Richard S. Feinsilver
Richard S. Feinsilver, Esq.
Attorney for Debtor and Debtor in Possession
One Old Country Road, Suite 347
Carle Place, New York 11514
516-873-6330

UNITED STATES BANKRUPTCY COURT     Case No: 25-70416-las
EASTERN DISTRICT OF NEW YORK       Chapter 11
------------------------------------X
In Re:

ROBERT P. RUGGIERO SR              AFFIRMATION IN SUPPORT

                    Debtor
------------------------------------X


        RICHARD S. FEINSILVER, an attorney duly admitted to practice
before this Court, affirms the following:


        1.    I am the attorney for the above captioned debtor and I am
fully familiar with the facts and circumstances surrounding this case.


        2.    This affirmation is made pursuant to Bankruptcy Rules 3002,
3007 and 9006, in support of debtor's objection to proofs of claim 20,
21, 22, and 23 filed by Plumbers Local Union No. 200 and its affiliate
funds ("collectively "Local 200 Funds") on the basis that said claims
do not reflect the any setoff or credit for the payment of $61,229.00
paid, with the funds from the debtor's retirement accounts, on
November 12, 2024 on behalf of ARA Plumbing Corp., the debtor's prior
business, for the benefit of the Local 200 Funds. Copies of the
respective claims are annexed hereto as Exhibit A.


        3.    The individual debtor in the Chapter 11 case was the
principal and designated responsible party of ARA Plumbing Corp
relating to unpaid fringe and pension benefits to the various funds
named as creditors on the underlying proofs of claim.


        4.    On November 12, 2024, a payment of $61,229.00 was made to the
Local 200 Funds (Exhibit B). Upon information and belief, these funds
were not accounted for in the preparation of the subject proofs of
claim.

5. Based upon the foregoing, absent the production and submission of evidence to the contrary, the subject proofs of claim must be reduced proportionally to account for this payment under the bond.

WHEREFORE, your affiant requests that aggregate amounts stated on the respective proofs of claim filed by the Local 200 funds in this case be reduced by a total of $61,229.00; and that this Court grant such other and further relief as it deems just and proper.

Dated: Carle Place, New York
     July 3, 2025               s/Richard S. Feinsilver

RICHARD S. FEINSILVER
One Old Country Road, Suite 347
Carle Place, New York 11514
(516) 873-6330

Exhibit A

Fill in this information to identify the case:

Debtor 1     ROBERT P. RUGGIERO, SR

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Eastern District of New York

Case number   25-70416-LAS

## Official Form 410

# Proof of Claim

12/24

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Plumbers Local Union No. 200 Pension Fund
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Archer, Byington, Glennon & Levine, LLP
Name

534 Broadhollow Road, Suite 430
Number    Street

Melville          NY          11747
City              State       ZIP Code

Contact phone 631-249-6565

Contact email jbyington@abgllaw.com

Where should payments to the creditor be sent? (if different)

Plumbers Local Union No. 200 Benefit Funds
Name

2121 Fifth Avenue
Number    Street

Ronkonkoma        NY          11779
City              State       ZIP Code

Contact phone 631-739-0020

Contact email jbyington@abgllaw.com

Uniform claim identifier (if you use one):

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____

Filed on _____
         MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?**

$ _____ 109,808.40 . **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

unpaid fringe benefit contributions March 2024 - November 2024

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                        $ _____

Amount of the claim that is secured:      $ _____

Amount of the claim that is unsecured:  $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:      $ _____

Annual Interest Rate (when case was filed) _____ %

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.      $ _____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☑ Contributions to an employee benefit plan, 11 U.S.C. § 507(a)(5). | $ 68,826.46 |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 03 / 18 / 2025
MM / DD / YYYY

*Dolores Blake*
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Dolores | | Blake |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Administrator | | |
| Company | Plumbers Local Union No. 200 Fringe Benefit Funds | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 2121 Fifth Avenue | | |
| | Number    Street | | |
| | Ronkonkoma | NY | 11779 |
| | City | State | ZIP Code |
| Contact phone | 631-739-0020 | Email | jbyington@abgllaw.com |

Fill in this information to identify the case:

Debtor 1    ROBERT P. RUGGIERO, SR

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  Eastern District of New York

Case number  25-70416-LAS

## Official Form 410

# Proof of Claim

12/24

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Plumbers Local Union No. 200 Welfare Fund
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Archer, Byington, Glennon & Levine, LLP
Name

534 Broadhollow Road, Suite 430
Number    Street

Melville        NY        11747
City        State        ZIP Code

Contact phone 631-249-6565

Contact email jbyington@abgllaw.com

Where should payments to the creditor be sent? (if different)

Plumbers Local Union No. 200  Benefit Funds
Name

2121 Fifth Avenue
Number    Street

Ronkonkoma        NY        11779
City        State        ZIP Code

Contact phone 631-739-0020

Contact email jbyington@abgllaw.com

Uniform claim identifier (if you use one):

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

## Part 2:    Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ _____ _____ _____

**7. How much is the claim?**

$ _____ 244,003.67 .  **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

unpaid fringe benefit contributions March 2024 - November 2024

**9. Is all or part of the claim secured?**

☑ No

☐ Yes.  The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                              $_____

Amount of the claim that is secured:           $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:     $_____

Annual Interest Rate (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.     $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

|  | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| ☑ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ 153,219.17 |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ _____ |

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  03 / 19 / 2025
                  MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

| Name | Dolores | | Blake |
|---|---|---|---|
| | First name | Middle name | Last name |

| Title | Administrator |
|---|---|

| Company | Plumbers Local Union No. 200 Fringe Benefit Funds |
|---|---|
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |

| Address | 2121 Fifth Avenue | | |
|---|---|---|---|
| | Number        Street | | |
| | Ronkonkoma | NY | 11779 |
| | City | State | ZIP Code |

| Contact phone | 631-739-0020 | Email | jbyington@abgllaw.com |
|---|---|---|---|

Fill in this information to identify the case:

Debtor 1    ROBERT P. RUGGIERO, SR

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Eastern District of New York

Case number   25-70416-LAS

## Official Form 410

# Proof of Claim

12/24

**Read the Instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

## Part 1:   Identify the Claim

**1. Who is the current creditor?**

Plumbers Local Union No. 200 Apprenticeship Training Fund
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Archer, Byington, Glennon & Levine, LLP
Name

534 Broadhollow Road, Suite 430
Number    Street

Melville              NY        11747
City           State       ZIP Code

Contact phone 631-249-6565

Contact email jbyington@abgllaw.com

Where should payments to the creditor be sent? (if different)

Plumbers Local Union No. 200 Benefit Funds
Name

2121 Fifth Avenue
Number    Street

Ronkonkoma            NY        11779
City           State       ZIP Code

Contact phone 631-739-0020

Contact email jbyington@abgllaw.com

Uniform claim identifier (if you use one):

_____

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?**    $ _____ 19,466.18 . **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

unpaid fringe benefit contributions March 2024 - November 2024

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:    $ _____

Amount of the claim that is secured:    $ _____

Amount of the claim that is unsecured:  $ _____    (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:    $ _____

Annual Interest Rate (when case was filed) _____ %

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.    $ _____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property. _____

Official Form 410    **Proof of Claim**    page 2

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

Amount entitled to priority

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

$ _____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

$ _____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

$ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

$ _____

☑ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

$ 12,887.23

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.

$ _____

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  03 / 18 / 2025
MM / DD / YYYY

Signature: *Dolores Blake*

Print the name of the person who is completing and signing this claim:

| Name | Dolores | | Blake |
|---|---|---|---|
| | First name | Middle name | Last name |

Title: Administrator

Company: Plumbers Local Union No. 200 Fringe Benefit Funds
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 2121 Fifth Avenue
Number Street

Ronkonkoma NY 11779
City State ZIP Code

Contact phone: 631-739-0020

Email: jbyington@abqllaw.com

Fill in this information to identify the case:

Debtor 1    ROBERT P. RUGGIERO, SR

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  Eastern District of New York

Case number  25-70416-LAS

## Official Form 410

# Proof of Claim

12/24

**Read the Instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

## Part 1:    Identify the Claim

| | | |
|---|---|---|
| 1   Who is the current creditor? | **Plumbers Local Union No. 200 Additional Security Benefit Fund** <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor | |
| 2.  Has this claim been acquired from someone else? | ☑ No <br> ☐ Yes.  From whom? | |
| 3.  Where should notices and payments to the creditor be sent? <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? <br><br> Archer, Byington, Glennon & Levine, LLP <br> Name <br><br> 534 Broadhollow Road, Suite 430 <br> Number      Street <br><br> Melville            NY        11747 <br> City                State     ZIP Code <br><br> Contact phone 631-249-6565 <br><br> Contact email jbyington@abgllaw.com | Where should payments to the creditor be sent? (if different) <br><br> Plumbers Local Union No. 200 Benefit Funds <br> Name <br><br> 2121 Fifth Avenue <br> Number      Street <br><br> Ronkonkoma         NY        11779 <br> City                State     ZIP Code <br><br> Contact phone 631-739-0020 <br><br> Contact email jbyington@abgllaw.com |
| | Uniform claim identifier (if you use one): | |
| 4.  Does this claim amend one already filed? | ☑ No <br> ☐ Yes.  Claim number on court claims registry (if known) _____ | Filed on _____ <br> MM  / DD  / YYYY |
| 5.  Do you know if anyone else has filed a proof of claim for this claim? | ☑ No <br> ☐ Yes.  Who made the earlier filing? | |

**Part 2:    Give Information About the Claim as of the Date the Case Was Filed**

6. Do you have any number you use to identify the debtor?

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

7. How much is the claim?    $ _____ 11,148.75 . **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

unpaid fringe benefit contributions March 2024 - November 2024

9. Is all or part of the claim secured?

☑ No

☐ Yes.    The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:    $_____

Amount of the claim that is secured:    $_____

Amount of the claim that is unsecured: $_____  (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:    $_____

Annual Interest Rate (when case was filed) _____%

☐ Fixed
☐ Variable

10. Is this claim based on a lease?

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____

11. Is this claim subject to a right of setoff?

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

|  | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| ☑ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ 7,020.30 |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ |

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑  I am the creditor.

☐  I am the creditor's attorney or authorized agent.

☐  I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐  I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   03 / 18 / 2025
                   MM / DD / YYYY

_Dolores Blake_
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Dolores | | Blake |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Administrator | | |
| Company | Plumbers Local Union No. Fringe Benefit Funds | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 2121 Fifth Avenue | | |
| | Number       Street | | |
| | Ronkonkoma | NY | 11779 |
| | City | State | ZIP Code |
| Contact phone | 631-739-0020 | Email | jbyington@abgllaw.com |

Exhibit B


## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 2816 ^ | | 11/12 | $61,229.00 |
| 2817 ^ | | 11/12 | 635.43 |
| 2818 ^ | | 11/13 | 2,361.18 |
| 2819 ^ | | 11/27 | 173.57 |
| 2820 ^ | | 11/29 | 110.00 |
| **Total Checks Paid** | | | **$64,509.18** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/13 | Fpl Direct Debit Elec Pymt          PPD ID: 3590247775 | $61.80 |
| 11/13 | Capital One        Online Pmt 3Yk5He4Faml4Cv0 Web ID: 9279744391 | 2,000.00 |
| 11/19 | 11/19 Domestic Wire Transfer Via: Webster Bank CT/221970443 A/C: Ara Plumbing Corp Imad: 1119Mmqfmp2N023880 Trn: 3468774324Es | 2,400.00 |
| 11/20 | Amazon Corp        Syf Paymnt 604578110340752 Web ID: 9069872103 | 80.76 |
| 11/26 | Delta Dental Ins Premium    089251141096    Web ID: 1942761537 | 56.15 |
| 11/26 | 11/26 Domestic Wire Transfer Via: Webster Bank CT/221970443 A/C: Ara Plumbing Corp Imad: 1126Mmqfmp2N018764 Trn: 3311534331Es | 26,225.81 |
| 11/26 | Capital One        Online Pmt 3Ymwaimztqp9V6K Web ID: 9279744391 | 4,900.00 |
| 11/27 | Barclaycard US   Creditcard 1200782258      Web ID: 2510407970 | 1,600.00 |
| 11/27 | Barclaycard US   Creditcard 1200782275      Web ID: 2510407970 | 1,600.00 |
| 11/27 | Capital One        Online Pmt 3Yn3Xa1Hcii64Nw Web ID: 9279744391 | 7,500.00 |
| 12/04 | 12/04 Online Transfer To Chk ...5984 Transaction#: 22933929437 | 1,390.00 |
| **Total Electronic Withdrawals** | | **$47,814.52** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/19 | Domestic Wire Fee | $35.00 |
| 11/26 | Domestic Wire Fee | 35.00 |
| **Total Fees** | | **$70.00** |

A monthly Service Fee was **not** charged to your Chase Premier Plus Checking account. Here are the two ways you can continue to avoid this fee during any statement period.
- **Have an average qualifying deposit and investment balance of $15,000.00 or more**
  (Your average qualifying deposit and investment balance was $105,032.00)

- **OR, authorize us to make automatic payments to your qualifying Chase mortgage from your Chase account.**
  (You do not have a qualifying Chase mortgage)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------X    CHAPTER 11
IN RE:

    ROBERT P. RUGGIERO SR          Case No.: 25-70416

               Debtor.      <u>AFFIRMATION OF SERVICE</u>


--------------------------------------X

The undersigned attorney, duly admitted to practice before this Court, affirms the following to be true under the penalties of perjury:

1. That he is the attorney for the debtor in the instant case.

2. That on the 3rd day of July, 2025 your affiant served a copy of the within Notice of Motion and Supporting Documents upon:

Office of the United States Trustee, 560 Federal Plaza, Central Islip NY 11722
Plumbers Local Union No 200, 2121 Fifth Avenue, Ronkonkoma NY 11779
Archer Byington, 534 Broadhollow Road, S 430, Melville NY 11747


the address(es) designated by said attorney and party for that purpose by depositing a true copy of same to each attorney and party, enclosed in a post paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: July 3, 2025
      Carle Place, New York

                       s/Richard S. Feinsilver

                       _____

                       RICHARD S. FEINSILVER