| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | Chapter 11 |
| EASTERN DISTRICT OF NEW YORK | |

-------------------------------------X  Case No.: 25-70416-las

In Re:

ROBERT P. RUGGIERO, SR                AGREED ORDER REDUCING
                                      JUDICIAL LIEN

                       Debtor.

-------------------------------------X

     UPON THE MOTION of the Debtor, ROBERT P. RUGGIERO SR, seeking an order to reduce a certain judicial lien to the extent that it impairs the Debtor's homestead exemption, and notice of this motion having been served upon the judgment creditor, Richard Brooks as Administrator, Plumbers Local Union No 200 ("Local 200"), their attorneys of record, and the Chapter 11 Trustee, and Local 200 having appeared and interposed opposition to the motion, and this matter having come to be heard before this Court on May 22, 2025, and Richard S. Feinsilver, Esq. having appeared in support of the motion; and John Byington, Esq. having appeared on behalf of Local 200 and Christine H. Black, Esq. having appeared on behalf of the Office of the United States Trustee; and

     UPON review of the motion papers and upon hearing the proffer of the attorneys appearing at the hearing, and after due deliberation and upon a finding that just cause exists to reduce the subject lien pursuant to 11 U.S.C. Section 522(f); it is

     ORDERED that the following judgment lien encumbering the Debtor's property located at 11 Linden Street, Selden, New York 11784, designated as and by District 0200, Section 519.00, Block 2.00, Lot 45.000 on the tax map for the County of Suffolk, State of New York is hereby reduced to $456,875.00 upon the

confirmation of the Debtor's Chapter 11 Plan in this case:

Richard Brooks as Administrator
Plumbers Local Union No 200 Welfare
Pension, Supplemental Vested Annuity
Vacation, Apprenticeship Training
and Additional Security Benefit Funds
Court: Supreme - Suffolk
2121 Fifth Avenue                Date Perfected:10/10/2024
Ronkonkoma NY 11779              Date Docketed: 10/10/2024
Amount: $1,203,316.28            Index # 625134/2024

and, it is further

    ORDERED that, upon the confirmation of the Debtor's Chapter 11 Plan in this case, the Clerk of the County of Suffolk is directed to note the reduction of said judgment lien as to the property known as and by 11 Linden Street, Selden, New York 11784, designated as and by District 0200, Section 519.00, Block 2.00, Lot 45.000 on the tax map for the County of Suffolk, State of New York in all appropriate records within his/her office and it is further,

ORDERED that the Debtor serve a copy of this order upon the affected creditors and other parties in interest within 14 days of the date hereof and the Debtor file proof of such service within 10 days thereof.

Agreed and Consent To:

s/Richard S. Feinsilver						s/John H. Byington III

_____			_____
Richard S. Feinsilver Esq					Archer Byington Glennon
Debtor's Attorney						& Levine, LLP
										By: John Byington,III Esq.
										Attorneys for Plumbers Local
										Union No 200 Welfare
										Pension, Supplemental Vested
										Annuity Vacation,
										Apprenticeship Training
										and Additional Security
										Benefit Funds

**SO ORDERED.**



Dated: July 11, 2025  
Central Islip, New York

*Louis A. Scarcella*  
**Louis A. Scarcella**  
United States Bankruptcy Judge