UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                                                                    Chapter 11

ROBERT P. RUGGIERO SR

DEBTOR
                                                                                          Case# 25-70416-las
------------------------------------------------------------X

## NOTICE OF DEBTOR'S MOTION FOR AN ORDER ENLARGING THE DEBTOR'S EXCLUSIVE PERIOD TO CONFIRM ITS CHAPTER 11 PLAN TOGETHER WITH RELATED RELIEF

**PLEASE TAKE NOTICE**, that upon the Application dated July 21, 2025 (the "Application") of Robert P. Ruggiero Sr ("Debtor"), the Debtor and Debtor-in-Possession herein, a motion will be made before the Honorable Louis A. Scarcella, United States Bankruptcy Judge, in his courtroom at the United States Bankruptcy Court, 290 Federal Plaza, Room 970, Central Islip, New York 11722, on the 4th day of September 2025, at 10:00 a.m. or as soon thereafter as counsel may be heard, seeking an order: pursuant to §1121(d) extending the Debtor's exclusive period to confirm its Plan of Reorganization to December 31, 2025 together with such other and further relief as may be just and proper.

**PLEASE TAKE FURTHER NOTICE**, that a copy of the complete Application is on file with the Bankruptcy Court at the address set forth below and may be reviewed during the Court's regular business hours or may be obtained by contacting Debtor's counsel, the Law Office of Richard S. Feinsilver, Esq., One Old Country Road, Suite 347, Carle Place, New York 11514, telephone 516-873-6330, Attention: Richard S. Feinsilver, Esq., and requesting same.

**PLEASE TAKE FURTHER NOTICE**, that, the hearing **SHALL be held in person** unless an appearance by other means is approved in advance by the Court. Those intending to

appear at the hearing must register to appear no later than two days prior to the hearing. Instructions for registration can be found at https://ecf.nyeb.uscourts.gov/.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the Application must be in writing, must conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court, and must be filed with the Bankruptcy Court electronically by registered users of the Bankruptcy Court's Electronic Court Filing System and by all other parties in interest on a 3.5 disk, preferably in Portable Document Format ("PDF"), Microsoft Word or other Windows-based word processing format with a copy to be served upon the Law Offices of Richard S. Feinsilver, Esq., One Old Country Road, Suite 347, Carle Place, New York 11514, telephone 516-873-6330, Attention: Richard S. Feinsilver, Esq., attorney for the Debtor, and the Office of the United States Trustee, 560 Federal Plaza, Central Islip New York 11722 Attn. Christine H Black, Esq., so as to be received not later than 4:00 p.m. seven days prior to the hearing date.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the motion may be adjourned without notice other than an announcement in open Court.

Dated: Carle Place, New York
July 21, 2025

        By  /s/ Richard S. Feinsilver
           Richard S. Feinsilver, Esq.
           Attorney for Debtor and Debtor in Possession
           One Old Country Road, Suite 347
           Carle Place, New York 11514
           516-873-6330

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
In re:                              Chapter 11

ROBERT P. RUGGIERO SR               Case No. 25-70416-las


              Debtor.               Hon. Louis A. Scarcella
----------------------------------X

   MOTION BY DEBTOR TO EXTEND THE TIME TO CONFIRM PLAN OF
REORGANIZATION PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE

TO: THE HONORABLE Louis A. Scarcella, UNITED STATES BANKRUPTCY JUDGE

   ROBERT P. RUGGIERO SR. (the "Debtor"), by his attorney, Richard S. Feinsilver, Esq., respectfully requests that the Court extend the time to obtain confirmation of its last filed plan of reorganization (the "Motion"), and represents and states as follows:

BACKGROUND AND APPLICABLE LAW

   1.   On January 31, 2025 (the "Filing Date"), the Debtor filed a voluntary bankruptcy petition under Chapter 11 of the Bankruptcy Code.

   2.   The Debtor has continued in the possession of the assets of its estate and in the operation of its affairs as a debtor-in-possession.  No Creditor's Committee has been appointed in this case.

   3.   On July 7, 2025, the Debtor filed its initial disclosure statement and plan outlining its exit strategy in this Chapter 11 case.

   4.   On July 11, 2025, and Order was entered by this Court (ECF #52) extending the Debtor's exclusive period to confirm its

Plan of Reorganization to September 30, 2025.

5.   For the reasons set forth below, the Debtor respectfully requests that the Court enter and Order extending the Debtor's time to confirm the Plan (as it may be amended) to December 31, 2025, and that such Order be signed on or before September 30, 2025.

GROUNDS FOR RELIEF

6.   The Debtor filed the instant case to stay enforcement proceedings initiated by the Internal Revenue Service ("IRS"), the New York State Department of Taxation and Finance ("NYS") and Plumbers Local Union No. 200 and its affiliates.

7.   To date, the Debtor has fulfilled its administrative obligations in this Chapter 11 and its moving forward in its efforts to promulgate an amended Chapter 11 Plan which can be confirmed by this Court.

8.   Toward that end, the bar date has passed.  The IRS, NYS and Local 200, the debtor's principal creditors, have filed their respective proofs of claim and certain pending motions regarding some of these claims have been resolved.

9.   The debtor, as the principal and responsible party of his former company, ARA Plumbing, Inc., a joint obligor on the debts owed to the IRS, NYS and Local 200, has identified a number outstanding receivables of ARA that it believes are collectable in part or in whole.  The collection of these receivables shall decrease the individual debtor's joint and several liability to its principal creditors and possibly increase the dividend which may be paid to the debtor's unsecured creditor base.

10. The subject receivables are not property of the debtor's estate pursuant to 11 U.S.C. Section 541. As such, any efforts to collect these receivables must be done outside of the purview of this Court on a parallel path to the prosecution of this case. While the debtor has opened discussions with Local 200 to work through various issues regarding the receivables, the debtor is confident that a portion of the ARA receivables may be recovered without the necessity of the retention of collection counsel as the debtor is negotiating a joint plan of attack counsel to Local 200.

11. Based upon the foregoing, the debtor does not believe that it will be able to proceed to the confirmation of its last filed Chapter 11 Plan by September 20, 2025, and shall require additional time to determine the viability of the collection of the subject receivables and the impact of such collections its last filed Chapter 11 Plan.

12. Based upon the foregoing, the Debtor verily believes that it has met the burden of proof that it is more likely than not to be able to proceed to confirmation of an amended plan within a reasonable period to time subsequent to September 30, 2025.

WHEREFORE, the Debtor respectfully requests that the Court (a) grant the Debtor's application in its entirety and enter an Order extending the Debtor's time to confirm the Plan (as same may be amended) to December 31, 2025 and (b) grant such other relief as may be just and necessary.

Dated: July 16, 2025
      Carle Place, New York

<u>s/Richard S. Feinsilver</u>
Richard S. Feinsilver Esq.
One Old Country Road, S 347
Carle Place New York 11514
516-873-6330

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re

ROBERT P RUGGIERO SR      Chapter 11
                 Case # 24-70416-las
       Debtor
-------------------------------------------------------X

  The undersigned attorney, duly admitted to practice before this Court, affirms the following to be true under the penalties of perjury:

  That he is the attorney for the debtor in the instant case.

  That on the 21st day of July 2025, your affiant served a true copy of the Notice of Motion and Supporting Documents in this action upon:

Office of the United States Trustee, Attn Christine Black Esq., 560 Federal Plaza, Central Islip NY 11722
US Attorney - EDNY, 610 Federal Plaza, Central Islip NY 11722
US DOJ - Tax Division, Tax Division 950 Pennsylvania Avenue NW Washington DC 20530
Annexed list of creditors and other parties to whom service is required pursuant to BR 2002 and the Local Rules of this Court

the address(es) designated by said attorney and party for that purpose by depositing a true copy of same to each attorney and party, enclosed in a post paid properly addressed wrapper, in an official depository, VIA FIRST CLASS MAIL, under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: July 21, 2025
   Carle Place, New York

               s/Richard S. Feinsilver
               RICHARD S. FEINSILVER

Label Matrix for local noticing
0207-8
Case 8-25-70416-las
Eastern District of New York
Central Islip
Mon Jul 21 10:51:42 EDT 2025

Local 282 Trust Funds
c/o Trivella & Forte LLP
1311 Mamaroneck Ave, Suite 170
White Plains, NY 10605-5225

Plumbers Local Union No. 200 Welfare Fund, P
c/o Archer Byington Glennon & Levine LLP
534 Broadhollow Road
Suite 430
Melville, NY 11747-3600

Trustees of the International Training Fund
c/o Virginia & Ambinder, LLP
40 Broad Street
7th Floor
New York, NY 10004-2776

Trustees of the Plumbers Local Union No. 1 W
c/o Virginia & Ambinder, LLP
40 Broad Street
7th Floor
New York, NY 10004-2776

Trustees of the United Association National
c/o Virginia & Ambinder, LLP
40 Broad Street
7th Floor
New York, NY 10004-2776

Webster Bank, N.A.
c/o Goetz Platzer LLP
1 Penn Plaza, Suite 3100
New York, NY 10119-3100

8
290 Federal Plaza
Central Islip, NY 11722-4437

ACAR Leasing LTD d/b/a GM Financial Leasing
P.O. Box 183853
Arlington, TX 76096-3853

ALLY
BOX 380901
BLOOMINGTON, MN 55438-0901

AMERICAN CONTRACTORS
801 S FIGUEROA STREET
S 700
LA, CA 90017-5504

AMEX
BOX 981540
EL PASO, TX 79998-1540

ARESCO
304 WEST JOHN STREET
HICKSVILLE, NY 11801-1032

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

BARCLAY
PO BOX 13337
PHILADELPHIA, PA 19101-3337

BEACON
BOX 123234
DALLAS, TX 75312-3234

BEST EGG
1523 CONCORD PIKE
WILMINGTON, DE 19803-3653

BEST EGG
BOX 42912
PHIL, PA 19101-2912

BLR 3 INC
3140 VETERANS MEM HWY
BOHEMIA, NY 11716-1039

BLR3 Inc.
3140 Veterans Memorial Highway
Bohemia, NY 11716-1039

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

CANON
14904 COLL CENTER DRIVE
CHICAGO, IL 60693-0149

CAPITAL ONE
BOX 30285
SALT LAKE CITY, UT 84130-0285

CARE CREDIT
PO BOX 960061
ORLANDO, FL 32896-0061

CASSONE LEASING
1950 LAKELAND AVE
RONKONKOMA, NY 11779-7400

CHASE
BOX 15298
WILMINGTON, DE 19850-5298

CITIBANK BANKRUPTCY
BOX 790040
ST LOUIS, MO 63179-0040

CLINTON WELDING
40 JERICHO TPKE
JERICHO, NY 11753-1037

CREDIT FIRST
BOX 81315
CLEVELAND, OH 44181-0315

CULLEN COMPANY LLC
10 MEMORIAL DRIVE
NEPTUNE, NJ 07753-5052

DISTRIBUTION INTL
BOX 746945
ATLANTA, GA 30374-6945

DUNEGRASS CORP
22 MOSS CREEK LANE
PATCHOGUE, NY 11772-6160

EASTERN INDUSTRIAL
194 ATLANTIC AVENUE
GARDEN CITY S, NY 11040-4797

FERGUSON ENTERPRISES
50 MEADOWLANDS PKY
SECAUCUS, NJ 07094-2945

FIRST CITIZENS
21146 NETWORK PLACE
CHICAGO, IL 60673-1211

(p)FIRST NATIONAL BANK OF OMAHA
1620 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1593

FW WEBB
160 MIDDLESEX TPKE
BEDFORD, MA 01730-1416

FW WEBB Company
c/o Heinter & Breitstein PC
PO Box 270
Wickatunk, NJ 07765-0270

Ferguson Enterprises LLC
57-22 49th Street
Maspeth, NY 11378-2099

GRAINGER
DEPT 807242102
PALATINE, IL 60038-0001

GRAMERCY RISK MGT
BOX 67070
NEWARK, NJ 07101-8082

GREEN ART PLUMBING
65 SOUTH COLUMBUS AVENUE
FREEPORT, NY 11520-3940

HILTI INC
BOX 70299
PHILA, PA 19176-0299

HOME DEPOT COMM
BOX 70614
PHILA, PA 19176-0614

INDUSTRIAL THREADED PROD
777 MOUNT AVENUE
WYANDANCH, NY 11798-4452

INTERNAL REVENUE SERVICE
600 ARCH STREET
PHILA, PA 19106-1695

INTERNAL REVENUE SERVICE
BOX 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

James W. Versocki, Esq.
Archer, Byington Glennon & Levine LLP
534 Broadhollow Road, Suite 430
Melville, New York 11747-3600

John H. Byington III, Esq.
Archer, Byington Glennon & Levine LLP
534 Broadhollow Road, Suite 430
Melville, New York 11747-3600

KELLY SYSTEMS
422 N WESTERN AVENUE
CHICAGO, IL 60612-1491

Kelly Systems Inc
422 N Western Ave
Chicago, IL, IL 60612-1491

LOCAL 282
2500 MARCUS AVENUE
NEW HYDE PARK, NY 11042-1091

LOWES BUSINESS
BOX 669824
DALLAS, TX 75266-0781

Local 282 Funds
c/o Trivella & Forte LLP
1311 Mamaroneck Avenue, Suite 170
White Plains, New York 10605-5225

MULLOLY JEFFREY
6851 JERICHO TURNPIKE
BOX 9036
SYOSSET, NY 11791-4494

NY PLUMBING WHOLESALE
230 DUFFY AVENUE
UNITE A
HICKSVILLE, NY 11801-3641

NY Plumbing Wholesale & Supply Inc
230 Duffy Ave. Unit A
Hicksville, NY 11801-3641

NYS DEPT OF TAXATION
250 VETERANS MEM HWY
HAUPPAUGE, NY 11788-5500

| | | |
|---|---|---|
| NYS DEPT OF TAXATION<br>BOX 5300<br>Albany, NY 12205-0300 | New York State Department of Taxation and Fi<br>250 Veterans Hwy<br>Hauppauge, NY 11788-5500<br>Attn: Josh Russell | New York State Department of Taxation and Fi<br>Bankruptcy Section<br>P O Box 5300<br>Albany NY 12205-0300 |
| PAM THERMAL PRODUCTS<br>136 ABBOTT DRIVE<br>HUNTINGTON, NY 11743-2127 | PLUMBERS LOCAL 1<br>50-02 5TH STREET<br>2ND FLOOR<br>LONG ISLAND CITY, NY 11101-6164 | PLUMBERS LOCAL 200<br>C/O ARCHER BYINGTON<br>534 BROADHOLLOW ROAD<br>S 430<br>MELVILLE, NY 11747-3673 |
| Pam Thermal Products Inc.<br>136 Abbott Drive<br>Halesite, NY 11743-2127 | Plumbers Local Union No. 200<br>Additional Security Benefit Fund<br>c/o Archer Byington Glennon & Levine<br>534 Broadhollow Rd, Suite 430<br>Melville, NY 11747-3600 | Plumbers Local Union No. 200<br>Apprenticeship Training Fund<br>c/o Archer Byington Glennon & Levine<br>534 Broadhollow Rd, Suite 430<br>Melville, NY 11747-3600 |
| Plumbers Local Union No. 200 Pension Fund<br>c/o Archer Byington Glennon & Levine<br>534 Broadhollow Rd, Suite 430<br>Melville, NY 11747-3600 | Plumbers Local Union No. 200 Welfare Fund<br>c/o Archer Byington Glennon & Levine<br>534 Broadhollow Rd, Suite 430<br>Melville, NY 11747-3600 | Quantum LS LLC D/B/A Fundation Group LLC<br>11600 Sunrise Valley Drive suite 180<br>Reston, VA 20191-1410 |
| Resurgent Capital Services as servicing agen<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | SEAFORD AVENUE CORP<br>25 BROOKLYN AVENUE<br>MASSAPEQUA, NY 11758-4855 | SYNCHRONY<br>BOX 965060<br>ORLANDO, FL 32896-5060 |
| Trs. of the International Training Fund<br>c/o Virginia & Ambinder, LLP<br>40 Broad Street, 7th Floor<br>New York, NY 10004-2776 | Trs. of the Plumbers Local Union No. 1 Welfa<br>c/o Virginia & Ambinder, LLP<br>40 Broad St., 7th Floor<br>New York, NY 10004-2776 | Trs. of the Plumbers Local Union No.1 Benefi<br>c/o VIRGINIA & AMBINDER, LLP<br>Attn: Adrianna R. Grancio, Esq.<br>40 Broad Street, 7th Floor<br>New York, New York 10004-2776 |
| Trs. of the United Association Nat'l Pe<br>c/o VIRGINIA & AMBINDER, LLP<br>Attn: Adrianna R. Grancio, Esq.<br>40 Broad Street, 7th Floor<br>New York, New York 10004-2776 | Trs. of the United Association National Pens<br>c/o Virginia & Ambinder, LLP<br>40 Broad St., 7th Floor<br>New York, NY 10004-2776 | U.S. Bank NA dba Elan Financial Services<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 |
| U.S. Specialty Insurance Company<br>13403 Northwest Freeway<br>Houston, Texas 77040-6006 | UNIVERSAL TOOLS<br>1175 MONTAUK HWY<br>MASTIC, NY 11950-2918 | US SPECIALTY INSURANCE<br>13403 NORTHWEST FREEWAY<br>HOUSTON, TX 77040-6006 |
| UTILITY DETECTION<br>BOX 223<br>MILFORD, PA 18337-0223 | United States Trustee<br>Long Island Federal Courthouse<br>560 Federal Plaza - Room 560<br>Central Islip, NY 11722-4456 | WEBSTER BANK<br>BOX 790408<br>ST LOUIS, MO 63179-0408 |
| (p)WEX BANK<br>1 HANCOCK STREET<br>PORTLAND ME 04101-4217 | Webster Bank, N.A.<br>c/o Goetz Platzer LLP<br>1 Penn Plaza, Suite 3100<br>New York, New York 10119-3100<br>Attn: T. Sadutto-Carley, Esq. | X CELL INSULATION<br>110 KEYLAND COURT<br>BOHEMIA, NY 11716-2656 |